1   **PERKINS COIE** LLP
CHRISTOPHER KAO (No. 237716)
2   ckao@perkinscoie.com
BRIAN P. HENNESSY (No. 226721)
3   bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
4   pcorrigan@perkinscoie.com
3150 Porter Drive
5   Palo Alto, CA  94304
Telephone: 650.838.4300
6   Facsimile:  650.838.4595

7   Attorneys for Plaintiff
craigslist, Inc.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12   CRAIGSLIST, INC., a Delaware          Case No.   **CV 12 3816**
corporation,
13                                         **COMPLAINT FOR:**
                 Plaintiff,
14                                         (1) Copyright Infringement
        v.                                 (2) Contributory Copyright Infringement
15                                         (3) Breach of Contract
3TAPS, INC., a Delaware corporation;       (4) Federal Trademark Infringement
16   PADMAPPER, INC., a Delaware           (5) Federal False Designation of Origin
corporation; and Does 1 through 25,        (6) Federal Dilution of a Famous Mark
17   inclusive,                            (7) Federal Cyberpiracy Prevention
                                           (8) California Trademark Infringement
18              Defendants.                (9) Common Law Trademark Infringement
                                           (10) California Unfair Competition
19

20                                         DEMAND FOR JURY TRIAL

21

22

23

24

25

26

27

28

---
COMPLAINT

1      Plaintiff craigslist, Inc. ("craigslist"), by and through its undersigned counsel, for its

2 Complaint against Defendants 3Taps, Inc. ("3Taps") and PadMapper, Inc. ("PadMapper"), asserts

3 as follows.

4                         **INTRODUCTION**

5      1.      craigslist provides local community classifieds, largely without charge and free

6 from third-party advertising and marketing. Many tens of millions of users rely on these unique

7 marketplaces for finding and/or offering basic necessities in their local area, such as employment,

8 housing, transportation, used goods, services, romance, friendship, and community information.

9      2.      For their own commercial benefit, Defendants 3Taps and PadMapper are

10 unlawfully and unabashedly mass-harvesting and redistributing postings entrusted by craigslist

11 users to their local craigslist sites. This exploitation of craigslist content undermines the integrity

12 of local craigslist communities, ultimately harming both craigslist and its users.

13      3.      3Taps, for example, boasts that it mass copies tens of millions of postings from

14 craigslist in "real time" and stores them in its own database. 3Taps makes this misappropriated

15 content available via an "Application Programming Interface" (API) to whomever and on

16 whatever terms 3Taps chooses. All the original and often highly personal content craigslist users

17 entrust to their local craigslist sites, along with their contact information, is thereby made

18 available to all manner of for-profit entities to copy, repurpose, redisplay, redistribute, surround

19 with advertisements, expose to non-local audiences, subject to marketing come-ons, disturb with

20 unsolicited communications, and otherwise exploit commercially.

21      4.      Using its own API, 3Taps operates trademark-infringing craiggers.com, which

22 unlawfully redisplays and facilitates national searches of craigslist's local content, thereby

23 undermining the essential locality of craigslist community sites. 3Taps also distributes an

24 unlicensed craiggers mobile application for the iPhone that redisplays craigslist content.

25      5.      In addition, 3Taps actively encourages and enables other companies to unlawfully

26 exploit misappropriated craigslist content. Defendant PadMapper is one example. It competes

27 with craigslist unfairly by offering an apartment search service at padmapper.com that is largely

28 based upon craigslist postings acquired from 3Taps' illegitimate store.

-1-

1    6.    The adage, "no good deed goes unpunished," is fitting.  Because craigslist has

2    worked hard and invested heavily for many years so that its users can use its local community

3    sites largely free of charge, and free from third-party advertising and marketing, opportunists like

4    3Taps and PadMapper now claim craigslist's content is "free" for them to misappropriate

5    wholesale and commercially exploit, even for the purpose of developing rival businesses.

6    7.    Indeed, 3Taps' founder, Greg Kidd, has openly touted 3Taps' violation of

7    craigslist's rights, referring to United States copyright laws—which 3Taps and PadMapper each

8    violate—as "artificial confines" from which craigslist's protected content should be "liberated."

9    8.    Defendants are wrong.  craigslist provides a unique and highly valued service to its

10   users, and has every right to limit the copying and distribution of craigslist content.  Doing so

11   protects craigslist and its community of users alike.  3Taps and PadMapper cannot usurp or

12   misappropriate that right, particularly for their own commercial gain.

13   9.    Since the Defendants are unwilling to cease their infringing and harmful

14   activities—indeed, each is brazenly intent on unlawfully growing its business on the back of

15   craigslist and its users—craigslist had no choice but to commence this action.

16                        **JURISDICTION AND VENUE**

17   10.   This Court has federal question jurisdiction over this action under 28 U.S.C.

18   §§ 1331 and 1338, because this action alleges violations of federal statutes, including the

19   Copyright Act (17 U.S.C. § 101, *et seq.*) and the Lanham Act (15 U.S.C. §§ 1114 and

20   1125(a), (c), (d)).

21   11.   This Court has supplemental jurisdiction over the remaining claims under

22   28 U.S.C. § 1367.

23   12.   Venue is proper in this District under 28 U.S.C. § 1391, because a substantial part

24   of the events or omissions giving rise to the claims occurred in this District.

25   13.   In addition, craigslist's Terms of Use ("TOU") governing all users', and

26   specifically, Defendants', access to and use of the craigslist website and craigslist's services

27   provide that courts located within the county of San Francisco, California, shall have exclusive

28   jurisdiction over the relationship between craigslist and Defendants.

-2-

COMPLAINT

14. During all relevant times, Defendants have repeatedly, knowingly, and intentionally accessed or contracted for access to craigslist servers located in this judicial district without craigslist's authorization. While accessing craigslist servers, Defendants made systematic and continuous contacts with this judicial district, and have targeted their wrongful acts at craigslist, which is headquartered in this judicial district.

15. This is an intellectual property action to be assigned on a district-wide basis under Civil Local Rule 3-2.

**THE PARTIES**

16. craigslist, Inc. is a Delaware corporation, with its principal place of business in San Francisco, California.

17. 3Taps Inc. is a Delaware corporation, with its principal place of business in San Francisco, California.

18. PadMapper, Inc. is a Delaware corporation, with its principal place of business in Mountain View, California.

19. Does 1-25 are persons or entities responsible in whole or in part for the wrongdoing alleged herein ("Doe Defendants"). craigslist is informed and believes, and based thereon, alleges that each of the Doe Defendants participated in, ratified, endorsed, or was otherwise involved in the acts complained of, and that they have liability for such acts. craigslist will amend this Complaint if and when the identities of such persons or entities and/or the scope of their actions become known.

**FACTS**

20. Founded in San Francisco, California in 1995 by Craig Newmark, craigslist began as an e-mail list for friends and co-workers to share information about events in and around the San Francisco Bay Area. It grew over time in size and scope, and became the world's largest online forum for free local classified advertising and community discussions.

21. Today craigslist ranks third among American Internet companies for web traffic (after Facebook and Google), and is in the top ten worldwide, with hundreds of billions of page

-3-

COMPLAINT

1  views served annually.  More than 60 million Americans visit craigslist each month, and they

2  collectively post several hundred million classified ads each year.

3       22.    craigslist continues to maintain its headquarters in San Francisco, California.  San

4  Francisco is the center of craigslist's operations.

5       23.    The greater Bay Area, and specifically San Francisco, remains one of the largest

6  and most active communities of craigslist users.

7  **A.**    **The craigslist Classified Ad Service.**

8       24.    craigslist enables authorized users to post localized classified advertising on its

9  website.

10       25.    This classified ad service is organized first by geographic area, and then by

11  category of product or service within that geographic area.  The myriad categories provided by

12  craigslist include everything from job postings, buying and selling of used goods, housing

13  opportunities (sale, buy, rent, etc.), personals ads for friendship and romance, and a wealth of

14  community-centric information and advice.  It is literally a "one stop shop" for every sort of local

15  classified listing and associated communication that a user may want or need.

16       26.    Users post ads on craigslist by first navigating the craigslist website to the

17  homepage for the geographic area in which they wish to post, which is generally the geographic

18  area in which they reside.  From that homepage, a user seeking to post an ad must click a link

19  titled "post to classifieds."

20       27.    Users choose the type of posting they want to place from a list designed and

21  presented by craigslist for that geographic area (for example, job offered, housing offered,

22  housing wanted, for sale, item wanted, personal/romance, or community).  A yellow highlighted

23  notice at the top of this webpage reminds users, as stated in the TOU, that "cross-posting to

24  multiple cities or categories is not allowed."  craigslist requires this in its TOU in order to keep

25  craigslist as user-friendly as possible—otherwise identical postings would appear numerous times

26  throughout the site in categories and in geographic locations that do not really apply, clogging the

27  site with postings that users do not want to view.

28

-4-

COMPLAINT

1     28.      After selecting the type of posting, the user is presented with a list of categories for

2 posting ads in that geographic area (for example, categories under "for sale" ads include, without

3 limitation, auto parts, bicycles, boats, collectibles, electronics, jewelry, musical instruments, and

4 tools), and must select the appropriate category for his or her ad.

5     29.      After selecting the appropriate category, the user specifies from a list the nearest

6 location within the geographic area, but a notice at the top of this webpage also alerts the users

7 that "there is no need to cross-post to more than one area - doing so may get you flagged and/or

8 blocked - thanks!"

9     30.      On the subsequent page, the user creates a unique classified ad. Ads typically

10 include a title, description and other relevant details about whatever the user placing the ad may

11 be offering or seeking, and often include an e-mail address for replies. Most e-mail addresses are

12 supplied by craigslist with a unique, anonymizing proxy address to protect user anonymity.

13 craigslist's servers automatically forward e-mails sent to the unique proxy e-mail address to the

14 poster's actual e-mail account, which users provide during the posting process.

15     31.      Before craigslist posts the ad to its website, the user is required affirmatively to

16 accept craigslist's TOU and confirm craigslist's exclusive rights to the user-generated content.

17     32.      If the user chooses not to accept the TOU or does not confirm craigslist's

18 exclusive rights to the user-generated content, the ad is not posted.

19     33.      Posted ads are listed in a product or service category by a descriptive title created

20 by the user that posted the ad. craigslist includes a copyright notice in every post.

21     34.      craigslist registers its intellectual property, including its website and the posts

22 contained within, under United States and foreign law to protect against unauthorized copying or

23 distribution.

24     35.      craigslist has a program pursuant to which its user-generated content may be

25 licensed by third-party companies that facilitate craigslist access from mobile devices. Each of

26 these mobile application providers agrees to and is bound by important and substantial restrictions

27 on the manner in which craigslist may be accessed its content used. Defendant PadMapper was

28 offered a license to such content, but did not accept the terms.

-5-

**B.     The craigslist Terms of Use.**

36.     craigslist's TOU explain that users are granted a limited and revocable license to access and use craigslist in accordance with its terms.  They state that if users "access craigslist or copy, display, distribute, perform or create derivative works from craigslist webpages or other [craigslist] intellectual property in violation of the TOU or for purposes inconsistent with the TOU, [that] access, copying, display, distribution, performance or derivative work is unauthorized."

37.     The TOU identify specific types and examples of access and use that are unauthorized.

38.     Any copying, aggregation, display, distribution, performance or derivative use of craigslist or any content posted on craigslist whether done directly or through intermediaries (including but not limited to by means of spiders, robots, crawlers, scrapers, framing, iframes or RSS feeds) is prohibited.

39.     Any access to or use of craigslist to design, develop, test, update, operate, modify, maintain, support, market, advertise, distribute or otherwise make available any program, application or service that enables or provides access to, use of, operation of or interoperation with craigslist is prohibited.

40.     Any activities (including but not limited to posting voluminous content) that are inconsistent with use of craigslist in compliance with the TOU or that may impair or interfere with the integrity, functionality, performance, usefulness, usability, signal-to-noise ratio or quality of all or any part of craigslist in any manner are expressly prohibited.

**C.     The craigslist Copyrights.**

41.     The craigslist website is uniquely distinctive in its simplicity and efficiency. Among the significant original elements of the craigslist website are the simple and uncluttered page layout and organization, the account registration, log-in and posting features, and the clear and straightforward design of craigslist postings.

42.     The originality, simplicity, and clarity of the craigslist website are fundamental to craigslist's reputation and garner substantial and valuable goodwill with users.

-6-

COMPLAINT

43.     In addition, each user-generated posting on the craigslist website is itself an original work of creative expression, as it includes unique written descriptions of the goods or services offered for sale, for example, and often include photographs or other creative works.

44.     craigslist either owns or has exclusive rights to all right, title, and interest, including all copyrights, in and to its website and all portions thereof, including but not limited to the user-generated postings on its website (collectively, the "Copyrighted Works").

45.     craigslist's U.S. copyright registrations include Reg. Nos., TX0006866657, TX0006866658, TX0006866660, TX0006866661, and TX000686662.

46.     On July 19 and 20, 2012, craigslist submitted additional applications to the Copyright Office for copyright registration.

47.     On July 20, 2012, prior to the filing of this Complaint, the Copyright Office confirmed its receipt of craigslist's applications.

**D.      The craigslist Trademarks.**

48.     craigslist is the owner of U.S. Registrations Nos. 2395628, 2905107, 2985065, and 3008562 for the CRAIGSLIST mark, covering, *inter alia*, "[a]dvertising and information distribution services," "online interactive bulletin boards for transmission of messages among computer users concerning classified listings," and "on-line computer data bases and on-line searchable databases featuring information, classified listings and announcements." craigslist has also registered the CRAIGSLIST mark in many other countries throughout the world.

49.     The CRAIGSLIST mark has been used in commerce by craigslist since 1995. craigslist's use has been substantially continuous and exclusive. craigslist therefore owns common law rights in the CRAIGSLIST mark.

50.     craigslist has attained strong name recognition in the CRAIGSLIST mark. The mark has come to be associated with craigslist and identifies craigslist as the source of advertising, information, bulletin board, database, and other services offered in connection with the mark.

51.     The CRAIGSLIST mark appears repeatedly in every single craigslist post, and throughout nearly every page on its websites, worldwide.

-7-

COMPLAINT

52.     craigslist has also developed substantial goodwill in the CRAIGSLIST mark.

53.     The CRAIGSLIST mark is among craigslist's most important and valuable assets.

**E.      The Defendants' Unlawful Activities.**

        **a.      3Taps.**

54.     3Taps' sole business appears to be copying and capitalizing upon all of craigslist's protected content.

55.     3Taps apparently formed initially with the idea of creating a resource to aggregate data from a variety of sources.  Its original website, for example, identifies craigslist as just one of the companies whose data 3Taps intended to copy:



Figure 1
(3taps.com, July 2011)

56.     Recently, however, 3Taps changed its entire focus to profiting from the unlawful distribution of content from craigslist, and has modified its website accordingly:



Figure 2
(3taps.com, July 19, 2012)

57.     As suggested by its website, 3Taps copies all of craigslist's content—

-8-

COMPLAINT

1 including time stamps and unique craigslist user ID numbers—and makes it available to third

2 parties for use in competing websites or, for whatever other purpose they wish. On information

3 and belief, 3Taps is obtaining this content by improperly accessing craigslist's website and

4 "scraping" content.

5       58.       3Taps expressly claims to offer a "One-Stop Craigslist API" for third parties to

6 access craigslist content, where craigslist has specifically chosen not to do so, thus usurping

7 craigslist's exclusive right to offer an API and control the distribution of its content.

8       59.       In addition, 3Taps' craiggers.com website is built upon the API created by 3Taps

9 and essentially replicates the entire craigslist website.

10       60.       The craiggers website displays craigslist's copyrighted content in virtually

11 identical visual fashion to the manner in which they appear on craigslist:



Figure 3
(craigslist.org, July 18, 2012)

-9-

COMPLAINT

Figure 4
(craiggers.com, July 18, 2012)

61.     The one distinguishable feature between craigslist's postings and the postings displayed by craiggers is the deletion of craigslist's copyright notice and insertion in its place of a blithe and false declaration that the content misappropriated from craigslist is *not* copyrighted and is "powered by 3Taps":



Figure 5
(craigslist.org ad)



Figure 6
(craiggers.com ad)

62.     craiggers does not only copy all of craigslist's posts.  The craiggers website also copies key design elements of the craigslist website.  Examples include the following:

-10-

Figure 7
(craigslist.com, July 18, 2012)



Figure 8
(craiggers.com, July 18, 2012)

63.     3Taps also offers a craiggers mobile phone application that displays copied craigslist content.

64.     By this conduct, 3Taps is engaged in the unauthorized reproduction, display, advertising, marketing, and distribution of craigslist's copyrighted material, in violation of U.S. copyright law and craigslist's TOU. 3Taps' unauthorized use of craigslist's copyrighted material is ongoing.

65.     As illustrated above, 3Taps has also used the famous CRAIGSLIST mark on its website without authorization to promote its products and services on the internet in a manner likely to confuse consumers as to its association, affiliation, endorsement or sponsorship with or by craigslist and to cause dilution by blurring of the CRAIGSLIST mark by impairing the mark's distinctiveness.

66.     3Taps also makes unauthorized use of the famous CRAIGSLIST mark in its competing craiggers website in a manner likely to confuse consumers as to its association, affiliation, endorsement or sponsorship with or by craigslist and to cause dilution by blurring of the CRAIGSLIST mark by impairing the mark's distinctiveness.

COMPLAINT

67.     Examples of 3Taps' unauthorized use of the CRAIGSLIST mark on the craiggers website include the following:



Figure 9
(craiggers.com, July 18, 2012)

68.     At no time has craigslist authorized or consented to 3Taps' use of the CRAIGSLIST mark or any other craigslist intellectual property.

69.     On March 7, 2012, craigslist informed 3Taps of its unlawful activities relating to craigslist, but since then those activities have continued unabated.

      **b.     PadMapper.**

70.     PadMapper is a direct competitor to craigslist's real estate listings services.  It provides searchable real estate rental listings for cities all over the United States and in the United Kingdom.  The vast majority of PadMapper's content, however, is real estate ads copied directly from craigslist.

71.     The PadMapper website located at padmapper.com has features for aggregating craigslist posts, favoring and saving posts and searches, and other features that craigslist prohibits on its website.  It also aggregates craigslist posts with content from other sites, facilitating cross-posting of listings to craigslist.

72.     On information and belief, like 3Taps, PadMapper initially populated the padmapper.com website by scraping craigslist's content directly from the craigslist website. craigslist sent PadMapper a cease and desist letter explaining that PadMapper's conduct violated the law and craigslist's TOU.

73.     PadMapper initially complied with the cease and desist request and stopped populating its website with craigslist content for several weeks beginning in late June 2012.  The

12

COMPLAINT

padmapper.com site traffic plummeted drastically, reflective of the fact that the vast majority of PadMapper's traffic is owed to craigslist's content.

74.     Recently, however, PadMapper decided to resume utilizing craigslist content, this time obtained from 3Taps.  On July 9, 2012, PadMapper announced it was "Bringing Craigslist Back" to the site.

75.     Since that time padmapper.com has been populated largely with misappropriated craigslist content provided by 3Taps.

76.     The craigslist postings displayed by PadMapper are identical to the craigslist postings as they appear on craigslist's website, except for the addition of a "PadMapper Bar" to the left of the ad:



Figure 10
(craigslist.org, July 18, 2012)

13

COMPLAINT



Figure 11
(padmapper.com, July 18, 2012)

77. As the above example illustrates, the craigslist copyrighted content displayed by PadMapper includes craigslist's copyright notice.

78. PadMapper, like 3Taps, has used and continues to use the famous CRAIGSLIST mark in commerce on its website at padmapper.com, without authorization, to promote its products and services on the internet in a manner likely to confuse consumers as to its association, affiliation, endorsement or sponsorship with or by craigslist and to cause dilution by blurring of the CRAIGSLIST mark by impairing the mark's distinctiveness.

79. At no time has craigslist authorized or consented to PadMapper's use of the CRAIGSLIST mark or any other craigslist intellectual property.

80. On information and belief, PadMapper derives revenue from real estate listings through its PadLister service that originate separate and apart from craigslist. PadLister charges some fees now for its real estate listings service and "reserve[s] the right to charge for things that are currently free in the future."

81. The only reason PadMapper is able to generate revenue from its PadLister service is the traffic that it generates on PadMapper from unlawfully using copied craigslist ads.

14

COMPLAINT

1               **c.     Other 3Taps Subscribers.**

2          82.     On information and belief, the number of entities accessing and utilizing 3Taps'

3    copied craigslist content is beginning to grow rapidly.

4          83.     At least the following 3Taps' users appear to be accessing craigslist's copyrighted

5    content through 3Taps: cmscommander.com, coinzilla.com, craigslert.com, corvairproject.com,

6    jaxed.com, rentvalet.us, searchtempest.com, sittingaround.com, and snapstore.me.  In addition, a

7    number of mobile applications also appear to be accessing craigslist's copyrighted content

8    through 3Taps, including the HuntSmartly mobile application.

9          84.     If 3Taps' unauthorized and illegal copying and distribution of craigslist's content

10   does not stop, then the list of entities illicitly using craigslist's content will continue to grow to

11   the further detriment of craigslist, its website, and its users.

12                      **FIRST CLAIM FOR RELIEF**
                 **Copyright Infringement as to all Defendants**
13                      **17 U.S.C. § 101, *et seq.***

14         85.     craigslist realleges and incorporates by reference all of the preceding paragraphs.

15         86.     Each of the Copyrighted Works constitutes an original work of authorship and

16   copyrightable subject matter under the laws of the United States.

17         87.     craigslist either owns or has exclusive rights to all right, title, and interest in and to

18   each of the Copyrighted Works.

19         88.     Defendants had and have access to the Copyrighted Works.

20         89.     Defendants have copied, reproduced, prepared derivative works from, distributed

21   copies to the public and/or displayed publicly the Copyrighted Works without the consent or

22   authority of craigslist, thereby directly infringing craigslist's copyrights.

23         90.     Defendants' copies, reproductions, derivative works, distributions, and displays

24   are identical and/or substantially similar to the Copyrighted Works.

25         91.     The foregoing acts of Defendants constitute copyright infringement of craigslist's

26   exclusive rights in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and

27   501.

28

15

1     92.    Defendants' actions were and are intentional, willful, wanton and performed in

2  disregard of craigslist's rights.

3     93.    craigslist has been and will continue to be damaged, and Defendants have been

4  unjustly enriched, by Defendants' unlawful infringement of craigslist's website in an amount to

5  be proven at trial.

6     94.    Defendants' conduct also has caused irreparable and incalculable harm and

7  injuries to craigslist, and, unless enjoined, will cause further irreparable and incalculable injury,

8  for which craigslist has no adequate remedy at law.

9     95.    craigslist is entitled to the relief provided by 17 U.S.C. §§ 502-505, including, but

10  not limited to, injunctive relief, an order for the impounding and destruction of all Defendants'

11  infringing copies and/or derivative works, compensatory damages (including, but not limited to

12  actual damages and/or Defendants' profits), statutory damages, punitive damages, and craigslist's

13  costs and attorneys' fees in amounts to be determined at trial.

**SECOND CLAIM FOR RELIEF**
**Contributory Copyright Infringement as to 3Taps**

16     96.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

17     97.    3Taps provides its users with copies and/or derivative works of the Copyrighted

18  Works without craigslist's consent.

19     98.    3Taps' users then copy, reproduce, prepare derivative works from, distribute

20  copies to the public and/or display publicly the Copyrighted Works without the consent or

21  authority of craigslist, thereby directly infringing craigslist's copyrights.

22     99.    3Taps has engaged and continues to engage in the business of knowingly and

23  systematically inducing, causing, and/or materially contributing to unauthorized copying,

24  reproduction, preparation of derivative works from, distribution of copies to the public and/or

25  public display of the Copyrighted Works by 3Taps users and thus to the direct infringement of the

26  Copyrighted Works.

16

COMPLAINT

1    100.    3Taps' conduct constitutes contributory infringement of craigslist's copyrights and

2    exclusive rights under copyright in the Copyrighted Works in violation of Sections 106 and 501

3    of the Copyright Act, 17 U.S.C. §§ 106 and 501.

4    101.    3Taps' actions were and are intentional, willful, wanton and performed in

5    disregard of craigslist's rights.

6    102.    craigslist has been and will continue to be damaged, and 3Taps has been unjustly

7    enriched, by 3Taps' unlawful infringement of the Copyrighted Works in an amount to be proven

8    at trial.

9    103.    3Taps' conduct also has caused irreparable and incalculable harm and injuries to

10   craigslist, and, unless enjoined, will cause further irreparable and incalculable injury, for which

11   craigslist has no adequate remedy at law.

12   104.    craigslist is entitled to the relief provided by 17 U.S.C. §§ 502-505, including, but

13   not limited to, injunctive relief, an order for the impounding and destruction of all Defendants'

14   infringing copies and/or derivative works, compensatory damages (including, but not limited to

15   actual damages and/or Defendants' profits), statutory damages, punitive damages, and craigslist's

16   costs and attorneys' fees in amounts to be determined at trial.

17
18   **THIRD CLAIM FOR RELIEF**
     **Breach of Contract as to all Defendants**

19   105.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

20   106.    Use of the craigslist website and use of craigslist services are governed by and

21   subject to the TOU.

22   107.    At all relevant times, the main craigslist homepage and the homepage for each

23   geographic region have provided links to the TOU that are prominently displayed.

24   108.    craigslist users are presented with the TOU and must affirmatively accept the TOU

25   to register for a craigslist account to post ads.

26   109.    craigslist users are presented with the TOU and must affirmatively accept the TOU

27   before they can post an ad without an account.

28

COMPLAINT

110. Defendants affirmatively accepted and agreed to the TOU by creating accounts and/or posting ads to craigslist.

111. Defendants regularly accessed the craigslist website and affirmatively accepted and agreed to the TOU to, among other things, test, design, and/or use the software that allows Defendants to provide their services.

112. Likewise, on information and belief, Defendants regularly accessed the craigslist website with knowledge of the TOU and its prohibitions against copying, aggregating, displaying, distributing, performing and derivative use of the craigslist website and any content posted on the craigslist website. On information and belief, despite their knowledge of this prohibition, Defendants regularly accessed the craigslist website and copied, aggregated, displayed, distributed, and made derivative use of the craigslist website and the content posted therein.

113. The TOU are binding on Defendants.

114. Defendants' actions, as described above, have willfully, repeatedly and systematically breached the TOU.

115. craigslist has performed all conditions, covenants, and promises required of it in accordance with the TOU.

116. Defendants' conduct has damaged craigslist, and caused and continues to cause irreparable and incalculable harm and injury to craigslist.

117. craigslist is entitled to injunctive relief, compensatory damages, liquidated damages under the TOU, attorneys' fees, costs and/or other equitable relief.

**FOURTH CLAIM FOR RELIEF**
**Federal Trademark Infringement as to all Defendants**
**15 U.S.C. § 1114**

118. craigslist realleges and incorporates by reference all of the preceding paragraphs.

119. craigslist owns U.S. Registrations Nos. 2395628, 2905107, 2985065, and 3008562 for the CRAIGSLIST mark.

120. Defendants' use of the CRAIGSLIST mark is without the permission of craigslist.

121. Defendants' use of the CRAIGSLIST mark in interstate commerce constitutes a reproduction, counterfeit, copy, or colorable imitation of a registered trademark of craigslist in

18

COMPLAINT

1  connection with the sale, offering for sale, distribution, or advertising of goods or services on or

2  in connection with which such use is likely to cause confusion or mistake, or to deceive. For

3  example, users of Defendants' websites are likely to be confused as to whether Defendants'

4  websites and services are associated or approved by craigslist.

5      122.  As a direct and proximate result of Defendants' misconduct, craigslist has been,

6  and will continue to be irreparably harmed, injured and damaged, and such harm will continue

7  unless enjoined by this Court. craigslist has no adequate remedy at law and is therefore entitled

8  to injunctive relief as set forth herein.

9      123.  As a direct and proximate result of Defendants' misconduct, craigslist has suffered

10  and is entitled to monetary relief in an amount to be proven at trial.

11      124.  Defendants' misconduct has been and is knowing, deliberate, and willful.

12  Defendants' willful use of the CRAIGSLIST mark without excuse or justification renders this an

13  exceptional case and entitles craigslist to its reasonable attorneys' fees.

14                    **FIFTH CLAIM FOR RELIEF**
                 **Federal False Designation of Origin as to all Defendants**
15                        **15 U.S.C. § 1125(a)**

16      125.  craigslist realleges and incorporates by reference all of the preceding paragraphs.

17      126.  The general consuming public of the United States widely recognizes the

18  CRAIGSLIST mark as designating craigslist as the source of services.

19      127.  Defendants' unauthorized use of the CRAIGSLIST mark in interstate commerce is

20  likely to cause confusion, deception, and mistake by creating the false and misleading impression

21  that Defendants' products or services are provided by craigslist, associated or connected with

22  craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of 15

23  U.S.C. § 1125(a). For example, users of Defendants' websites are likely to be confused as to

24  whether Defendants' websites and services are associated or approved by craigslist.

25      128.  Defendants' misconduct resulting in such likelihood of confusion, deception, and

26  mistake will continue unless enjoined by this Court.

27

28

19

COMPLAINT

129.    As a direct and proximate result of Defendants' misconduct, craigslist has been, and will continue to be irreparably harmed, injured and damaged, and such harm will continue unless enjoined by this Court.  craigslist has no adequate remedy at law and is therefore entitled to injunctive relief as set forth herein.

130.    As a direct and proximate result of Defendants' misconduct, craigslist has suffered and is entitled to monetary relief under 15 U.S.C. § 1117, including profits, damages, and costs of the action.

131.    Defendants' misconduct has been and is knowing, deliberate, and willful. Defendants' willful use of the CRAIGSLIST mark without excuse or justification renders this an exceptional case and entitles craigslist to its reasonable attorneys' fees.

**SIXTH CLAIM FOR RELIEF**
**Federal Dilution of a Famous Mark as to all Defendants**
**15 U.S.C. § 1125(c)**

132.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

133.    The CRAIGSLIST mark is a famous and distinctive mark, and is widely recognized by the general consuming public of the United States as a designation of source of craigslist's services.

134.    The CRAIGSLIST mark was famous prior to the time Defendants commenced use of the CRAIGSLIST mark and their marks in commerce.

135.    Defendants' websites display the CRAIGSLIST mark and craigslist website within their respective websites.

136.    Defendants' use of the CRAIGSLIST mark is likely to cause dilution by blurring, by impairing the distinctiveness of the CRAIGSLIST mark, thereby damaging craigslist's goodwill and disparaging craigslist's rights in the CRAIGSLIST mark.  For example, Defendants' use of the CRAIGSLIST mark in their websites is likely to reduce the distinctiveness of the CRAIGSLIST mark by reducing the general consuming public's association of the mark with craigslist's services.  Defendants' acts and conduct are in violation of 15 U.S.C. § 1125(c).

137.    In addition, 3Taps' use of the CRAIGGERS mark is likely to cause an association arising from the similarity between the CRAIGGERS mark and CRAIGSLIST mark that impairs

20

COMPLAINT

the distinctiveness of the CRAIGSLIST mark. 3Taps' use of the CRAIGGERS mark in

commerce is likely to cause dilution by blurring of the famous CRAIGSLIST mark in violation of

the Lanham Act, 15 U.S.C. §1125(c).

138.    As a direct and proximate result of Defendants' misconduct, craigslist has been,

and will continue to be irreparably harmed, injured and damaged, and such harm will continue

unless enjoined by this Court. This harm includes a reduction in the distinctiveness of the

CRAIGSLIST mark and injury to craigslist's reputation that cannot be remedied through

damages, and craigslist has no remedy at law. craigslist is therefore entitled to injunctive relief as

set forth herein.

139.    Defendants willfully intended to trade on craigslist's reputation or to cause dilution

of the famous CRAIGSLIST mark and, therefore, craigslist is entitled to monetary relief under 15

U.S.C. § 1117, including profits, damages, and costs of the action.

140.    Defendants' misconduct has been and is knowing, deliberate, and willful.

Defendants' willful use of the CRAIGSLIST mark without excuse or justification renders this an

exceptional case and entitles craigslist to its reasonable attorneys' fees.

## SEVENTH CLAIM FOR RELIEF
### Federal Cyberpiracy Prevention as to 3Taps
### 15 U.S.C. § 1125(d)

141.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

142.    The CRAIGSLIST mark was famous and distinctive at the time craiggers.com was

registered.

143.    3Taps, without regard to the products or services provided by craigslist and with a

bad faith intent to profit from the CRAIGSLIST mark, has registered, trafficked in, and continues

to use its domain name that is identical or confusingly similar to or dilutive of the CRAIGSLIST

mark, in violation of the Lanham Act, 15 U.S.C. § 1125(d).

144.    3Taps' use of CRAIGGERS is likely to cause an association arising from the

similarity between CRAIGGERS and CRAIGSLIST that impairs the distinctiveness of

craigslist's famous mark.

COMPLAINT

145.   As a direct and proximate result of 3Taps' misconduct, craigslist has been, and will continue to be irreparably harmed, injured and damaged, and such harm will continue unless the Court orders that the craiggers.com domain be forfeited or cancelled, or transferred to craigslist.

146.   As a direct and proximate result of Defendants' misconduct, craigslist has suffered and is entitled to monetary relief under 15 U.S.C. § 1117, including profits, damages, and costs of the action.

147.   Defendants' misconduct has been and is knowing, deliberate, and willful. Defendants' willful use of the CRAIGSLIST mark without excuse or justification renders this an exceptional case and entitles craigslist to its reasonable attorneys' fees.

**EIGHTH CLAIM FOR RELIEF**
**California Trademark Infringement as to all Defendants**
**Cal. Bus. & Prof. Code § 14245**

148.   craigslist realleges and incorporates by reference all of the preceding paragraphs.

149.   Defendants' unauthorized use of the CRAIGSLIST mark in connection with the sale, offering for sale, distribution or advertising of their products or services is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' products or services are provided by craigslist, associated or connected with craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of California Business & Professions Code Section 14245.

150.   craigslist is informed and believes, and on that basis alleges, that Defendants' acts were, and are, in conscious and willful disregard of craigslist's trademark rights.

151.   As a direct and proximate result of Defendants' misconduct, craigslist has been, and will continue to be irreparably harmed, injured and damaged, and such harm will continue unless enjoined by this Court.

**NINTH CLAIM FOR RELIEF**
**Common Law Trademark Infringement as to all Defendants**

152.   craigslist realleges and incorporates by reference all of the preceding paragraphs.

22

COMPLAINT

1   153.   Defendants' unauthorized use of the CRAIGSLIST mark is likely to cause

2   confusion, deception, and mistake by creating the false and misleading impression that

3   Defendants' products or services are provided by craigslist, associated or connected with

4   craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of the

5   common law.

6   154.   Defendants' misconduct resulting in such actual and likelihood of confusion,

7   deception, and mistake will continue unless enjoined by this Court.

8   155.   As a direct and proximate result of Defendants' misconduct, craigslist has been,

9   and will continue to be irreparably harmed, injured and damaged, and such harm will continue

10   unless enjoined by this Court. Such harm includes damage to craigslist's rights in its marks, and

11   to the business, positive reputation and goodwill of craigslist, which cannot be adequately

12   compensated solely by monetary damages. craigslist therefore has no adequate remedy at law

13   and seeks permanent injunctive relief.

14   156.   As a direct and proximate result of Defendants' misconduct, craigslist has suffered

15   and is entitled to monetary damages in an amount to be determined at trial.

16

### TENTH CLAIM FOR RELIEF
#### California Unfair Competition
#### Cal. Bus. & Prof. Code § 17200, *et seq.*

17

18   157.   craigslist realleges and incorporates by reference all of the preceding paragraphs.

19   158.   By the acts described herein, Defendants have engaged in unlawful and unfair

20   business practices that have injured and will continue to injure craigslist in its business and

21   property, in violation of California Business and Professions Code Section 17200, *et seq.*

22   159.   Defendants' acts alleged herein have caused monetary damages to craigslist in an

23   amount to be proven at trial, and have caused and will continue to cause, irreparable injury to

24   craigslist and its business, reputation, and trademarks, unless and until Defendants are

25   permanently enjoined.

26   160.   As a direct and proximate result of Defendants' conduct alleged herein,

27   Defendants have been unjustly enriched and should be ordered to disgorge any and all profits

28   earned as a result of such unlawful conduct.

23

1    **PRAYER FOR RELIEF**

2         WHEREFORE, craigslist prays that judgment be entered in its favor and against

3    Defendants, as follows:

4         1.    A preliminary injunction and permanent injunction enjoining and restraining all

5    Defendants, their employees, representatives, agents, and all persons or entities acting in concert

6    with them during the pendency of this action and thereafter perpetually from:

7              (a)    Copying, reproducing, preparing derivative works from, distributing copies

8    to the public, and / or publicly displaying the Copyrighted Works;

9              (b)    Knowingly and systematically inducing, causing, and/or materially

10   contributing to unauthorized copying, reproduction, preparation of derivative works from,

11   distribution of copies to the public, and / or publicly displaying the Copyrighted Works;

12             (c)    Using, authorizing the use of, copying, reproducing or imitating the

13   CRAIGSLIST mark, or any confusingly similar or colorable imitation thereof;

14             (d)    Accessing or using craigslist's website for any commercial purpose

15   whatsoever.

16        2.    An order requiring Defendants to destroy all documents, data, and other items,

17   electronic or otherwise, in their possession, custody, or control, that infringe the copyrights and

18   trademarks of craigslist.

19        3.    An order requiring that the craiggers.com domain be forfeited or cancelled, or

20   transferred to craigslist.

21        4.    An award to craigslist of restitution and damages, including, but not limited to,

22   liquidated, compensatory, statutory, treble damages, and punitive damages, as permitted by law;

23        5.    An award to craigslist of its costs of suit, including, but not limited to, reasonable

24   attorneys' fees, as permitted by law;

25

26

27

28

24

COMPLAINT

6.    For such other relief as the Court deems just and proper.

July 20, 2012                                    **PERKINS COIE** LLP

By: _____
                                               CHRISTOPHER KAO

Attorneys for Plaintiff craigslist, Inc.

25

1

## DEMAND FOR JURY TRIAL

2        Plaintiff hereby demands a jury trial of all issues in the above-captioned action that are

3  triable to a jury.

4

5  July 20, 2012

**PERKINS COIE LLP**

6

7

By: _____

CHRISTOPHER KAO

8

Attorneys for Plaintiff craigslist, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-26-