1  Christopher Kao (No. 237716)
   ckao@perkinscoie.com
2  Brian P. Hennessy (No. 226721)
   bhennessy@perkinscoie.com
3  J. Patrick Corrigan (No. 240859)
   pcorrigan@perkinscoie.com
4  PERKINS COIE LLP
   3150 Porter Drive
5  Palo Alto, CA  94304
   Telephone: 650.838.4300
6  Facsimile: 650.838.4595

7  Attorneys for Plaintiff
   craigslist, Inc.

FILED
2012 JUL 20 P 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRAIGSLIST, INC., a Delaware corporation,

    Plaintiff,

  v.

3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; and Does 1 through 25, inclusive,

    Defendants.

Case No. CV 12 3816 LB

**PLAINTIFF CRAIGSLIST INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

ORIGINAL

40753-0088/LEGAL24215582.1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Craig Newmark, Founder and shareholder of craigslist, Inc.; Jim Buckmaster, Chief Executive Officer and shareholder of craigslist, Inc.; and eBay Domestic Holdings, Inc., shareholder of craigslist, Inc.

DATED: July 20, 2012

PERKINS COIE LLP

By: _____
Christopher Kao (No. 237716)
ckao@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

40753-0088/LEGAL24215582.1

-1-

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES