1  Christopher Kao (No. 237716)
   ckao@perkinscoie.com
2  Brian P. Hennessy (No. 226721)
   bhennessy@perkinscoie.com
3  J. Patrick Corrigan (No. 240859)
   pcorrigan@perkinscoie.com
4  PERKINS COIE LLP
   3150 Porter Drive
5  Palo Alto, CA  94304
   Telephone:  650.838.4300
6  Facsimile:  650.838.4595

7  Attorneys for Plaintiff
   craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; and Does 1 through 25, inclusive,<br><br>      Defendants. | Case No. 3:12-CV-03816-LB<br><br>**NOTICE OF APPEARANCE OF BRIAN P. HENNESSY FOR PLAINTIFF CRAIGSLIST, INC.** |

NOTICE OF APPEARANCE

**TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian P. Hennessy of Perkins Coie LLP hereby appears in the above-referenced action as counsel of record for CRAIGSLIST, INC.  Please serve all pleadings, orders, notices, correspondence and other documents with regard to the above-referenced action on:

> Brian P. Hennessy
> bhennessy@perkinscoie.com
> PERKINS COIE LLP
> 3150 Porter Drive
> Palo Alto, CA  94304
> Telephone:  (650) 838-4300
> Facsimile:  (650) 838-4350

DATED: July 25, 2012                          **PERKINS COIE LLP**

By:   */s/ Brian P. Hennessy*
     Brian P. Hennessy
     bhennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

40753-0088/LEGAL24253905.1        -1-                          NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that, on July 25, 2012, I electronically filed the foregoing with the Clerk of the United States Court for the Northern District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system because registration with the CM/ECF system constitutes consent to electronic service.

By:   */s/ Brian P. Hennessy*
      Brian P. Hennessy