1   **PERKINS COIE LLP**
    CHRISTOPHER KAO (No. 237716)
2   ckao@perkinscoie.com
    BRIAN P. HENNESSY (No. 226721)
3   bhennessy@perkinscoie.com
    J. PATRICK CORRIGAN (No. 240859)
4   pcorrigan@perkinscoie.com
    3150 Porter Drive
5   Palo Alto, CA  94304
    Telephone:  650.838.4300
6   Facsimile:   650.838.4595

7   Attorneys for Plaintiff
    craigslist, Inc.

8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13   CRAIGSLIST, INC., a Delaware       Case No. **CV 12-03816 CRB**
    corporation,
14                      **STIPULATION TO EXTEND DEFENDANT**
              Plaintiff,   **PADMAPPER, INC.'S TIME TO RESPOND**
15                      **TO THE COMPLAINT**

16       v.

17   3TAPS, INC., a Delaware corporation;
    PADMAPPER, INC., a Delaware
18   corporation; and Does 1 through 25,
    inclusive,
19               Defendants.

20

21

22

23

24

25

26

27

28

1    WHEREAS, craigslist, Inc. ("craigslist") filed a Complaint against Defendants 3Taps, Inc.

2    and Padmapper, Inc. ("Padmapper") on July 20, 2012.

3    WHEREAS, craigslist previously granted Padmapper an extension until September 24,

4    2012 to respond to the Complaint.

5    WHEREAS, craigslist has agreed to provide Padmapper a further extension of time until

6    October 15, 2012 to respond to the Complaint.

7    Now therefore, the parties, through the undersigned counsel, hereby stipulate that

8    Padmapper's deadline to respond to the Complaint is extended until October 15, 2012.

9    **IT IS SO STIPULATED.**

10   DATED:  September 20, 2011                 **PERKINS COIE** LLP

11
                                               By: /s/ Brian Hennessy
12                                                 Brian Hennessy (SBN 226721)
                                                   BHennessy@perkinscoie.com
13
                                               Attorneys for Plaintiff
14                                             craigslist, Inc.

15
     DATED:  September 20, 2011                 **FOCAL PLLC**
16
                                               By: /s/ Venkat Balasubramani
17                                                 Venkat Balasubramani (SBN 189192)
                                                   venkat@focallaw.com
18
                                               Attorneys for Defendant
19                                             Padmapper, Inc.

20
21   I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

22   concurrence to the filing of this document has been obtained from each signatory hereto.

23   DATED:  September 20, 2011                 **PERKINS COIE** LLP

24
                                               By: /s/ Brian Hennessy
25                                                 Brian Hennessy (SBN 226721)
                                                   BHennessy@perkinscoie.com
26
                                               Attorneys for Plaintiff
27                                             craigslist, Inc.

28