1  ALLEN RUBY (Bar No. 47109)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, California 94301-1908
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4  Email: allen.ruby@skadden.com

5  Attorneys for Defendant 3TAPS, INC.

6  Additional Counsel Listed on Next Page

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13 | CRAIGSLIST, INC., a Delaware corporation, | CASE NO.: CV-12-03816 CRB
14 |                                           | Assigned to Hon. Charles Breyer
15 |             Plaintiff,                    | **DEFENDANT 3TAPS, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL CIVIL RULE 3-16**
16 |       v.                                  |
17 | 3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; and DOES 1 through 25, inclusive. |
18 |                                           |
19 |             Defendants.                   |
20 | ──────────────────────────────────────── |
21 | 3TAPS, INC., a Delaware corporation,     |
22 |             Counter-claimant,             |
23 |       v.                                  |
24 | CRAIGSLIST, INC., a Delaware corporation  |
25 |             Counter-defendant.            |

26

27

28

-1-
**DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS (LOCAL CIVIL RULE 3-16)**                    **12-cv-03816 CRB**

-2-

| | |
|---|---|
| 1 | JAMES A. KEYTE (*pro hac vice* application forthcoming) |
| 2 | MICHAEL H. MENITOVE (*pro hac vice* application forthcoming) <br> MARISSA E. TROIANO (*pro hac vice* application forthcoming) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> Four Times Square |
| 4 | New York, New York 10036 <br> Telephone: (212) 735-3000 |
| 5 | Facsimile: (917) 777-3000 <br> James.Keyte@skadden.com |
| 6 | Michael.Menitove@skadden.com <br> Marissa.Troiano@skadden.com |
| 7 | CHRISTOPHER J. BAKES (SBN 99266) |
| 8 | M. TAYLOR FLORENCE (SBN 159695) <br> LOCKE LORD LLP |
| 9 | 500 Capitol Mall, Suite 1800 <br> Sacramento, California 95814 |
| 10 | Telephone: (916) 930-2500 <br> Facsimile: (916) 930-2501 |
| 11 | cbakes@lockelord.com |
| 12 | tflorence@lockelord.com |
| 13 | JASON MUELLER (Texas Bar No. 24047571) (admitted *pro hac vice*) <br> LOCKE LORD LLP |
| 14 | 2200 Ross Avenue, Suite 2200 <br> Dallas, Texas 75201 |
| 15 | Telephone: (214) 740-8844 <br> Facsimile: (214) 740-8800 |
| 16 | jmueller@lockelord.com |
| 17 | *Attorneys for Defendant* 3TAPS, INC. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED
ENTITIES OR PERSONS (LOCAL CIVIL RULE 3-16)**     **12-cv-03816 CRB**

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED:  September 24, 2012          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____/s/ Allen Ruby_____
         Allen Ruby

Attorneys for Defendant 3TAPS, INC.