Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craigslist, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>3TAPS, Inc.<br><br>Defendant(s). | Case No: 12-cv-3816-CRE<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, James Keyte, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: 3TAPS, Inc. in the above-entitled action. My local co-counsel in this case is Allen Ruby, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>4 Times Square<br>New York, NY 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD:<br>James.Keyte@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Allen.Ruby@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2136984.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/24/12

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James Keyte is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE