Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Craigslist, Inc. )
) Case No: 12-cv-3816-LB
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**
3TAPS, Inc. )
)
Defendant(s). )
)

I, Marissa Troiano , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: 3TAPS, Inc. in the above-entitled action. My local co-counsel in this case is Allen Ruby , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4 Times Square New York, NY 10036 | 525 University Avenue, Suite 1100 Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: (212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD: Marissa.Troiano@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: Allen.Ruby@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4837431 .

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 24, 2012 _____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marissa Troiano is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: Oct. 3, 2012

UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

*PRO HAC VICE* APPLICATION & ORDER