**PERKINS COIE LLP**
CHRISTOPHER KAO (No. 237716)
ckao@perkinscoie.com
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4595

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. **CV 12-03816 CRB**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE, WITHDRAWING PADMAPPER, INC.'S MOTION TO DISMISS, AND EXTENDING CRAIGSLIST, INC.'S TIME TO FILE ITS FIRST AMENDED COMPLAINT AND ITS RESPONSE TO 3TAPS, INC.'S COUNTERCLAIM** |

1  WHEREAS, craigslist, Inc. ("craigslist") filed a Complaint against Defendants 3Taps, Inc. ("3Taps") and Padmapper, Inc. ("Padmapper") on July 20, 2012.

WHEREAS, 3Taps filed its Answer to Complaint and Counterclaim on September 24, 2012, alleging violations of Section 2 of the Sherman Act (15 U.S.C. § 2), among other causes of action.

WHEREAS, 3Taps has agreed to provide craigslist until November 20, 2012 to respond to its Counterclaim.

WHEREAS, Padmapper filed its Motion and Memorandum of Points and Authorities in Support of Defendant Padmapper, Inc.'s Limited Motion to Dismiss ("Motion to Dismiss") craigslist's Complaint, and Answer to Complaint, Affirmative Defenses, and Counterclaims on October 30, 2012.

WHEREAS, 3Taps and Padmapper have agreed to provide craigslist an extension of time until November 20, 2012 to amend its Complaint.

WHEREAS, Padmapper has agreed to withdraw its Motion to Dismiss (DE 30) craigslist's Complaint, but reserves the right to file a Motion to Dismiss craigslist's First Amended Complaint.

WHEREAS, the Case Management Conference is currently scheduled for December 7, 2012.

WHEREAS, the parties hereby stipulate to continue the Case Management Conference until February 15, 2013.

Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

(1) The deadline for craigslist to file its response to 3Taps' Counterclaim and for craigslist to file its First Amended Complaint is November 20, 2012;

(2) Padmapper's Motion to Dismiss (DE 30) is withdrawn, but Padmapper reserves the right to file a Motion to Dismiss craigslist's First Amended Complaint;

(3) The Case Management Conference is continued until February 15, 2013 and all related dates are continued accordingly.

1  **IT IS SO STIPULATED.**

3  DATED:  November 12, 2012                  **PERKINS COIE LLP**

5                                              By: /s/ Brian Hennessy
                                                  Brian Hennessy (SBN 226721)
                                                  BHennessy@perkinscoie.com

7                                              Attorneys for Plaintiff
                                                craigslist, Inc.

9  DATED:  November 12, 2012                  **FOCAL PLLC**

10                                             By: /s/ Venkat Balasubramani
                                                  Venkat Balasubramani (SBN 189192)
                                                  venkat@focallaw.com

12                                             Attorneys for Defendant
                                                PadMapper, Inc.

14  DATED:  November 12, 2012                 **LOCKE LORD LLP**

16                                             By: /s/ Christopher J. Bakes
                                                  Christopher J. Bakes (SBN 99266)
                                                  cbakes@lockelord.com

18                                             Attorneys for Defendant
                                                3Taps, Inc.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

22  DATED:  November 12, 2012                 **PERKINS COIE LLP**

23                                             By: /s/ Brian Hennessy
                                                  Brian Hennessy (SBN 226721)
                                                  BHennessy@perkinscoie.com

25                                             Attorneys for Plaintiff
                                                craigslist, Inc.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

(1) The deadline for craigslist to file its response to 3Taps' Counterclaim and for craigslist to file its First Amended Complaint is November 20, 2012;

(2) Padmapper's Motion to Dismiss (DE 30) is withdrawn, but Padmapper reserves the right to file a Motion to Dismiss craigslist's First Amended Complaint;

(3) The Case Management Conference is continued until February 15, 2013 and all related dates are continued accordingly.

Dated: November 15, 2012

_____
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA