1  **FOCAL PLLC**
   VENKAT BALASUBRAMANI (No. 189192)
2  800 Fifth Avenue, Suite 4100
   Seattle, WA 98104-3100
3  T (206) 529-4827
   F (206) 260-3966
4  E-mail:  venkat@focallaw.com

5  Attorneys for Defendant PadMapper, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  CRAIGSLIST, INC., a Delaware            Case No. **CV 12-03816 CRB**
    corporation,
13                                          **STIPULATION AND [PROPOSED] ORDER
                                            TO EXTEND TIME TO RESPOND TO
14            Plaintiff,                    CRAIGSLIST'S FIRST AMENDED
                                            COMPLAINT, RESPOND TO AMENDED
15       v.                                 COUNTERCLAIMS, AND SET BRIEFING
                                            SCHEDULE**
16  3TAPS, INC., a Delaware corporation;
    PADMAPPER, INC., a Delaware
17  corporation; DISCOVER HOME
    NETWORK, INC., a Delaware
18  Corporation d/b/a LOVELY; BRIAN R.
    NIESSEN, an individual, and Does 1
19  through 25, inclusive,

20            Defendants.

21

22

23

24

25

26

27

28
                                                         CV 12-03816 CRB
                                                           STIPULATION

Case3:12-cv-03816-CRB   Document43   Filed12/07/12   Page2 of 4

1

2      WHEREAS, craigslist, Inc. ("craigslist") filed a Complaint against Defendants 3Taps, Inc.

3  ("3Taps") and PadMapper, Inc. ("PadMapper") on July 20, 2012.

4      WHEREAS, 3Taps and PadMapper each filed an Answer to Complaint and

5  Counterclaims on September 24, 2012 and October 30, 2012, respectively.

6      WHEREAS, craigslist filed a First Amended Complaint and Answer to the Counterclaims

7  of 3Taps and PadMapper on November 20, 2012.

8      WHEREAS, the parties wish to stipulate to the following schedule for responsive

9  pleadings to craigslist's First Amended Complaint and other related deadlines (all other deadlines

10  to remain in place):

11      1.      Responsive pleading to First Amended Complaint or any amendments to the

12  counterclaims: December 21, 2012;

13      2.      In the event PadMapper or 3Taps files a motion to dismiss any of the claims in the

14  First Amended Complaint and/or file amended counterclaims, craigslist's opposition/response

15  would be due on January 31, 2013;

16      3.      Any reply by PadMapper or 3Taps in support of a motion to dismiss would be due

17  on February 13, 2013.

18      **IT IS SO STIPULATED.**

19  DATED:  December 7, 2012                **PERKINS COIE LLP**

20

21                                          By: /s/ Brian Hennessy
                                               Brian Hennessy (SBN 226721)
22                                             BHennessy@perkinscoie.com

23                                          Attorneys for Plaintiff
                                            craigslist, Inc.
24

25

26

27

28

CV 12-03816 CRB
STIPULATION

DATED:  December 7, 2012          **FOCAL PLLC**


By: /s/ Venkat Balasubramani
    Venkat Balasubramani (SBN 189192)
    venkat@focallaw.com

Attorneys for Defendant
PadMapper, Inc.


DATED:  December 7, 2012          **LOCKE LORD LLP**


By: /s/ Christopher J. Bakes
    Christopher J. Bakes (SBN 99266)
    cbakes@lockelord.com

Attorneys for Defendant
3Taps, Inc.


    I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that

the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  December 7, 2012          **FOCAL PLLC**


By: /s/ Venkat Balasubramani
    Venkat Balasubramani (SBN 189192)
    venkat@focallaw.com

Attorneys for Defendant
PadMapper, Inc.

CV 12-03816 CRB
STIPULATION

1

## [~~PROPOSED~~] ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

1.      Responsive pleading to First Amended Complaint or any amendments to the counterclaims are due on December 21, 2012;

2.      In the event PadMapper or 3Taps files a motion to dismiss any of the claims in the First Amended Complaint and/or file amended counterclaims, craigslist's opposition/response is due on January 31, 2013;

3.      Any reply by PadMapper or 3Taps in support of a motion to dismiss is due on February 13, 2013.

4.      All other dates, including the date for the Case Management Conference (February 15, 2013), shall remain in effect.

Dated this <u>10th</u> day of December, 2012.

_____

Charles R. Breyer
United States Dist~~~~



CV 12-03816 CRB
STIPULATION