ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570
Email:         allen.ruby@skadden.com

Attorneys for Defendant 3TAPS, INC.

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation;<br>PADMAPPER, INC., a Delaware corporation;<br>and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No. CV-12-03816 CRB<br><br>DECLARATION OF CHRISTOPHER J. BAKES IN SUPPORT OF DEFENDANT 3TAPS' MOTION TO DISMISS CRAIGSLIST CAUSES OF ACTION 4, 5, 6, 13 AND 14 RE EXHIBITS<br><br>JURY TRIAL DEMANDED<br><br>Judge:       Hon. Charles R. Breyer<br>Date:<br>Time:<br>Courtroom:   6 |

/////

/////

/////

/////

/////

/////

/////

/////

/////

JAMES A. KEYTE (*pro hac vice* application forthcoming)
MICHAEL H. MENITOVE (*pro hac vice* application forthcoming)
MARISSA E. TROIANO (*pro hac vice* application forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (917) 77-3000
James.Keyte@skadden.com
Michael.Menitove@skadden.com
Marissa.Troiano@skadden.com

CHRISTOPHER J. BAKES (SBN 99266)
M. TAYLOR FLORENCE (SBN 159695)
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone: (916) 930-2500
Facsimile:   (916) 930-2501
cbakes@lockelord.com
tflorence@lockelord.com

JASON MUELLER (Texas Bar No. 24047571) (*Pro Hac Vice* Pending)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8844
Facsimile:   (214) 740-8800
jmueller@lockelord.com

*Attorneys for Defendant* 3TAPS, INC. AND DISCOVER HOME NETWORK, INC. d/b/a LOVELY ("LOVELY")

I, CHRISTOPHER J. BAKES, declare and state as follows:

1.   I am an attorney licensed to practice law in the State of California, and am an attorney at the law firm of Locke Lord LLP.  Our firm represents Defendant 3TAPS, INC. ("3taps") in this action.  The matters stated in this declaration are of my personal knowledge and, if called as a witness, I could and would competently testify thereto.  I offer this declaration in support of 3taps' Motion to Dismiss Craigslist Causes Of Action 4, 5, 6, 13 And 14 ("3taps' Motion to Dismiss").

2.   Attached are true and correct copies of the exhibits cited in 3taps Motion to Dismiss, but not contained in reporters:

    a.   Exhibit A: "Screen shot" indicating result when testing Google indexing of craigslist content; "screen shot" indicating results obtained with specified search terms;

    b.   Exhibit B-1:  Craigslist Terms of Use (pre-Feb. 2012 version);

    c.   Exhibit B-2:  Craigslist Terms of Use (post-Feb. 2012 version);

    d.   Exhibit C:  Application and Registration Information for:

        (1)   TX0007547907 retrieved from Library of Congress Public Catalog, Application Title:  craigslist website 2012 (Homepage and primary supporting pages) dated July 19, 2012;

        (2)   TX0006866660 retrieved from Library of Congress Public Catalog, Application Title:accounts.craigslist.org 2004 dated September 22, 2004;

        (3)   TX006866658 retrieved from Library of Congress Public Catalog, Application Title: accounts.craigslist.org 2008 dated February 29, 2008;

        (4)   TX0006866662 retrieved from Library of Congress Public Catalog, Application Title post.craigslist.org 2004 dated February 6, 2004;

        (5)   TX0006866661 retrieved from Library of Congress Public Catalog, Application Title post.craigslist.org 2008 dated May 31, 2008; and

        (6)   TX0006866657 retrieved from Library of Congress Public Catalog, Application Title craigslist website 2006 dated June 19, 2006.

///

DEFENDANT 3TAPS' DECLARATION OF CHRISTOPHER J. BAKES IN SUPPORT OF TO DISMISS CRAIGSLIST CAUSES OF ACTION 4, 5, 6, 13 AND 14

e. Exhibit D: "Screen shot" evidencing craigslist.com "clicking continue" on "exclusive licenses" screen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of December, 2012, at Sacramento, California.

LOCKE LORD LLP


By: /s/ *Christopher J. Bakes*
 Christopher J. Bakes
 M. Taylor Florence
 Jason Mueller
Attorneys for Defendant 3TAPS, INC.