Venkat Balasubramani (SBN 189192)
**Focal PLLC**
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
*venkat@focallaw.com*

Attorneys for Defendant and
Counterclaim Plaintiff
PADMAPPER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVERY HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY, BRIAN R. NIESSEN, an individual, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants.<br><br>PADMAPPER, INC., a Delaware corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CRAIGSLIST, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. CV-12-03816 CRB<br><br>**PADMAPPER, INC.'S JOINDER IN 3TAPS, INC.'S MOTION TO DISMISS FOURTH CAUSE OF ACTION (COPYRIGHT INFRINGEMENT)**<br><br>Judge:     Hon. Charles R. Breyer<br>Date:      February 15, 2013<br>Time:     10:00 a.m.<br>Courtroom:  6 |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant PadMapper, Inc. ("PadMapper") joins in Defendant 3Taps, Inc.'s ("3Taps") Motion to Dismiss Plaintiff craigslist, Inc.'s ("craigslist") fourth cause of action (Copyright Infringement) for failure to state a claim upon which relief can be granted (Dkt. No. 48).

PadMapper incorporates by reference, and adopts as its own, 3Taps' Notice of Motion, Motion, and the declarations, exhibits, arguments, and points and authorities set forth in 3Taps' moving papers.  For the reasons set forth therein, PadMapper respectfully moves this Court to dismiss craigslist's claim for copyright infringement against PadMapper.

Dated: December 24, 2012                                Respectfully submitted,

**Focal PLLC**

By: */s/Venkat Balasubramani*
Venkat Balasubramani (SBN 189192)

Attorneys for Defendant and
Counterclaim Plaintiff
PADMAPPER, INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury of the laws of the United States and the State of California that he filed the foregoing PADMAPPER INC.'S JOINDER IN 3TAPS, INC.'S MOTION TO DISMISS FOURTH CAUSE OF ACTION (COPYRIGHT INFRINGEMENT) using the Court's CM/ECF system which will provide ECF notice to counsel for all parties.

Dated: December 24, 2012

*/s/ Venkat Balasubramani*
Venkat Balasubramani