**PERKINS COIE LLP**
BOBBIE WILSON (No. 148317)
bwilson@perkinscoie.com
CHRISTOPHER KAO (No. 237716)
ckao@perkinscoie.com
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4595

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRAIGSLIST, INC., a Delaware corporation,

Plaintiff,

v.

3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware Corporation d/b/a LOVELY; BRIAN R. NIESSEN, an individual, and Does 1 through 25, inclusive,

Defendants.

Case No. **CV 12-03816 CRB**

**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS, SET THE BRIEFING SCHEDULE ON CRAIGSLIST'S MOTION TO BIFURCATE AND STAY DEFENDANTS' AMENDED COUNTERCLAIMS, AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

WHEREAS, on July 20, 2012, craigslist, Inc. ("craigslist") filed a Complaint against Defendants 3Taps, Inc. ("3Taps") and Padmapper, Inc. ("Padmapper").

WHEREAS, on September 24, 2012, 3Taps filed its Answer to Complaint and Counterclaim.

WHEREAS, on October 30, 2012, Padmapper filed its Answer to Complaint, Affirmative Defenses, and Counterclaims.

WHEREAS, on November 20, 2012, craigslist filed its First Amended Complaint adding Defendants Discover Home Network, Inc. d/b/a Lovely ("Lovely") and Brian R. Niessen.

WHEREAS, on December 11, 2012, per the parties' Stipulation, the Court entered an Order, which (1) set December 21, 2012 as the deadline for 3Taps and Padmapper to file responsive pleadings to the First Amended Complaint and any amendments to their respective counterclaims; (2) set January 31, 2013 as the deadline for craigslist to oppose/respond to any motions to dismiss and/or amended counterclaims filed by 3Taps and/or Padmapper; (3) set February 13, 2013 as the reply deadline for any motions to dismiss filed by 3Taps or Padmapper; and (4) continued the Case Management Conference to February 15, 2013.

WHEREAS, on December 21, 2012, 3Taps, Lovely, and Padmapper filed motions to dismiss craigslist's First Amended Complaint. 3Taps and Padmapper also filed First Amended Counterclaims.

WHEREAS, the parties hereby stipulate to continue the hearing date for the motions to dismiss to March 29, 2013. The parties agree that the briefing schedule previously set by the Court for the motions to dismiss (DKT #43) should remain in effect and not be altered.

WHEREAS, craigslist intends to file a Motion to Bifurcate and Stay Defendants' Amended Counterclaims ("craigslist's Motion"). In furtherance of the parties' efforts to streamline the case and efficiently utilize judicial resources, craigslist will notice the hearing date for its Motion for March 29, 2013—the same proposed hearing date on the motions to dismiss. The parties agree that craigslist's Motion will be due February 8, 2013, Defendants' oppositions will be due March 1, 2013, and craigslist's replies will be due March 15, 2013.

WHEREAS, in light of the foregoing, and to give the Court time to consider and decide the parties' respective motions (which will implicate any case schedule), the parties hereby stipulate to continue the CMC until April 12, 2013.

Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

(1) The hearing on Defendants' motions to dismiss and craigslist's Motion is continued to March 29, 2013.

(2) The briefing schedule previously set by the Court for the motions to dismiss (DKT #43) shall remain in effect and not be altered.

(3) craigslist's Motion will be due February 8, 2013, Defendants' oppositions will be due March 1, 2013, and craigslist's replies will be due March 15, 2013.

(4) The CMC is continued to April 12, 2013.

**IT IS SO STIPULATED.**

DATED: January 18, 2013

**PERKINS COIE LLP**

By: /s/ Bobbie Wilson
Bobbie Wilson (SBN 148317)
BWilson@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: January 18, 2013

**FOCAL PLLC**

By: /s/ Venkat Balasubramani
Venkat Balasubramani (SBN 189192)
venkat@focallaw.com

Attorneys for Defendant
PadMapper, Inc.

DATED: January 18, 2013

**ZLOCKE LORD LLP**

By: /s/ Christopher J. Bakes
Christopher J. Bakes (SBN 99266)
cbakes@lockelord.com

Attorneys for Defendants
3Taps, Inc. and Discover Home Network, Inc.
d/b/a Lovely

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 18, 2013

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

(1) The hearing on Defendants' motions to dismiss and craigslist's Motion is continued to March 29, 2013.

(2) The briefing schedule previously set by the Court for the motions to dismiss (DKT #43) shall remain in effect and not be altered.

(3) craigslist's Motion will be due February 8, 2013, Defendants' oppositions will be due March 1, 2013, and craigslist's replies will be due March 15, 2013.

(4) The CMC is continued to April 12, 2013.

Dated: January 22, 2013




Honorable Ch...