CHRISTOPHER J. BAKES (SBN 99266)
M. TAYLOR FLORENCE (SBN 159695)
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501
cbakes@lockelord.com
tflorence@lockelord.com

BRANDON J. WITKOW (SBN 210443)
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200
bwitkow@lockelord.com

JASON MUELLER (Texas Bar No. 24047571) (admitted *pro hac vice*)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8844
Facsimile: (214) 740-8800
jmueller@lockelord.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation;<br>PADMAPPER, INC., a Delaware corporation;<br>and DOES 1 through 25, inclusive.<br><br>  Defendants. | Case No. CV-12-03816 CRB<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Charles R. Breyer |
| 3TAPS, INC., a Delaware corporation,<br><br>  Counter-claimant,<br><br>v.<br><br>CRAIGSLIST, INC., a Delaware corporation<br><br>  Counter-defendant. | |

///

///

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE that LOCKE LORD LLP, and each of its attorneys, hereby withdraws as attorney of record for Defendants 3TAPS, INC. and DISCOVER HOME NETWORK, INC. d/b/a LOVELY in this action. Defendants will hereinafter be represented solely by SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP.

Dated: May 20, 2013                    LOCKE LORD LLP

  /s/ Christopher J. Bakes
CHRISTOPHER J. BAKES (SBN 99266)
*Attorneys for Defendant* 3TAPS, INC. and
DISCOVER HOME NETWORK, INC. d/b/a LOVELY