**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 24, 2013**                                             Time:  10 minutes

**C-12-03816** **CRB**

 **CRAIGSLIST INC.**  v.  **3TAPS INC.**

| Attorneys: | Brian Hennessy, Patrick Corrigan | Jack DiCanio |
|---|---|---|
| | Bobbie Wilson | Venkat Balasubramani |

Deputy Clerk: **BARBARA ESPINOZA**                Reporter: **Not Reported**

**PROCEEDINGS:**                                                                **RULING:**

1.  Case Management Conference    -   Held

2.

3.

**ORDERED AFTER HEARING:**

 Opening brief due 6/7/2013, response due 6/21/2013, reply 6/28/2013.  Rule 26 disclosures be completed

(  ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

(  ) Referred to Magistrate Judge for: ____

(X) CASE CONTINUED TO July 12, 2013 @ 10:00 a.m.    for  Motion

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____
Plntf to Name Experts by ____             Deft to Name Experts by ____
P/T Conference Date ____       Trial Date ____       Set for ____ days
                      Type of Trial:  (  )Jury    (  )Court

Notes: ____