| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
| | BOBBIE WILSON (No. 148317) |
| 2 | bwilson@perkinscoie.com |
| | CHRISTOPHER KAO (No. 237716) |
| 3 | ckao@perkinscoie.com |
| | BRIAN P. HENNESSY (No. 226721) |
| 4 | bhennessy@perkinscoie.com |
| | J. PATRICK CORRIGAN (No. 240859) |
| 5 | pcorrigan@perkinscoie.com |
| | 3150 Porter Drive |
| 6 | Palo Alto, CA 94304 |
| | Telephone: 650.838.4300 |
| 7 | Facsimile: 650.838.4350 |
| 8 | Attorneys for Plaintiff |
| | craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation, | Case No. CV 12-03816 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE** |
| v. | |
| 3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; BRIAN R. NIESSEN, an individual; and Does 1 through 25, inclusive, | |
| Defendants. | |

1     WHEREAS, on April 30, 2013, the Court entered an Order Granting in Part and Denying in Part Motions to Dismiss; Granting Motion to Bifurcate and Stay Discovery [Dkt. 74].

    WHEREAS, on May 24, 2013, the Court ordered supplemental briefing regarding the issues raised by footnote 8 of the Court's April 30, 2013 Order.

    WHEREAS, the Court ordered 3taps' opening brief due on June 7, 2013, craigslist's response due on June 21, 2013, and 3taps' reply due on June 28, 2013, and set the hearing on the motion for July 12, 2013 at 10:00 a.m.

    WHEREAS, the Electronic Frontier Foundation ("EFF") has contacted craigslist and 3taps and asked for their consent to file an *amicus* brief.

    WHEREAS, craigslist and 3taps stipulate to EFF filing an *amicus* brief.

    WHEREAS, in order to streamline the briefing schedule, craigslist, 3taps, and EFF agree to the following revised briefing schedule:

    (1) EFF's *amicus* brief will be due on Tuesday, June 18, 2013.

    (2) craigslist's omnibus opposition brief to 3taps' brief and EFF's *amicus* brief will be due on July 2. Per Judge Breyer's Standing Orders, craigslist is entitled to fifteen pages to respond to 3taps' brief and fifteen pages to respond to EFF's *amicus* brief. To streamline the briefing, 3taps and *amici* agree that craigslist can file one omnibus brief that responds to both 3taps' brief and EFF's *amicus* brief, not to exceed thirty pages.

    (3) 3taps' reply will be due on July 12, 2013.

    (4) craigslist and 3taps propose that the hearing be moved to July 19, 2013, or August 9, 2013, whichever date the Court prefers, at 10:00 a.m. Plaintiff's counsel is unavailable July 29th through August 2nd.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | June 18, 2013 | **PERKINS COIE LLP** |
| 3 | | By: /s/ Bobbie J. Wilson |
| 4 | | Bobbie J. Wilson (SBN 148317)<br>bwilson@perkinscoie.com |
| 5 | | Attorneys for Plaintiff |
| 6 | | craigslist, Inc. |

June 18, 2013

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Jack DiCanio
    Jack P. DiCanio (SBN 138782)
    jack.dicanio@skadden.com

Attorneys for Defendant
3taps, Inc. and Discover Home Network, Inc. d/b/a Lovely

June 18, 2013

**ELECTRONIC FRONTIER FOUNDATION**

By: /s/ Kurt Opsahl
    Kurt Opsahl (SBN 191303)
    kurt@eff.org

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

June 18, 2013

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    bhennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:**

(1) EFF's *amicus* brief will be due on Tuesday, June 18, 2013.

(2) craigslist's omnibus opposition to 3taps' brief and EFF's *amicus* brief will be due on July 2, 2013 and shall not exceed thirty pages.

(3) 3taps' reply will be due on July 12, 2013.

(4) The hearing on this matter will be held on [July 19, 2013] or [August 9, 2013] at 10:00 a.m.

June 18, 2013

Honorable Charles R. Breyer