IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>3TAPS INC. ET AL.,<br><br>    Defendants. | No. CV 12-03816 CRB<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF AND REVISING BRIEFING SCHEDULE** |

The Court GRANTS the Electronic Frontier Foundation's ("EFF") motion for leave to file an amicus brief in the above-captioned matter (dkt. 92). The Court deems the concurrently lodged Brief of Amici Curiae (dkt. 92-1) FILED as of June 18, 2013.

The Court APPROVES the parties' and EFF's stipulated briefing schedule (dkt. 90). As set forth therein, Plaintiff craigslist shall file a single omnibus opposition brief that responds to both 3taps' opening brief and EFF's amicus brief. The omnibus opposition is due July 2, 2013, and shall not exceed thirty pages. Defendant 3taps' reply is due July 12, 2013. The Court sets the hearing on this matter for August 9, 2013, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: June 20, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3816\order revising briefing schedule.wpd