IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3TAPS, INC., et al., <br><br> Defendants. | Case No.: C-12-03816 CRB (JSC) <br><br> **ORDER RE: JOINT DISCOVERY LETTER (Dkt. No. 109)** |

Following the December 12, 2013 hearing on the parties' joint discovery letter, and for the reasons stated on the record at the hearing, the Court orders Defendant 3Taps, Inc. ("3Taps") to begin producing to Plaintiff Craigslist, Inc. ("Craigslist") the documents listed below by no later than January 16, 2014.

1. All agreements related to obtaining Craigslist's contents;

2. All emails that include either the term "Craigslist" or "CL," or both or any other terms by which Defendants referred to Craigslist; however, if the number of emails is disproportionately high, 3Taps shall meet and confer with Craigslist regarding searches that may appropriately reduce the number of responsive emails;

3. All emails to and from Defendant Brian R. Niessen discussing Craigslist or any payment to Niessen or any of Niessen's companies;

4. Any source code in its custody or control concerning obtaining content;

5. Financial documents sufficient to show 3Taps' revenues and expenses, including profit and loss statements, cash flow statements, and balance sheets;

6. All communications with investors concerning 3Taps' business plan and its "pitch" to investors;

7. Any business plan or investor pitches;

8. Records of 3Taps interacting with Craigslist's website;

9. Advertising and marketing documents.

In addition to beginning production of the above-described documents by January 16, counsel for 3Taps and Craigslist shall meet and confer by phone regarding that status of the document production no later than Friday, December 20, 2013.

Finally, to the extent the description of documents listed above conflicts with the Court's orders at the hearing, the Court's rulings at the hearing govern.

The Court will hold a discovery status conference at 2:00 p.m. on January 23, 2014.

IT IS SO ORDERED.

Dated: December 13, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE