**PERKINS COIE LLP**
BOBBIE WILSON (No. 148317)
bwilson@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

**PERKINS COIE LLP**
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
NANCY CHENG (No. 280682)
ncheng@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  650.838.4300
Facsimile:   650.838.4595

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; BRIAN R. NIESSEN, an individual; and Does 1 through 25, inclusive,<br><br>                    Defendants. | Case No. CV 12-03816 CRB<br><br>**STIPULATION AND ORDER SETTING A BRIEFING SCHEDULE FOR PADMAPPER, INC.'S MOTION FOR SUMMARY JUDGMENT AND ENLARGING THE PAGE LIMIT** |

1  WHEREAS, Defendant PadMapper, Inc. ("PadMapper") intends to bring a Motion for
2  Summary Judgment ("Motion") as to various of craigslist, Inc.'s ("craigslist") claims.

3  WHEREAS, craigslist has not yet seen PadMapper's Motion and is not stipulating to the
4  propriety of the Motion. This Stipulation in no way waives or limits any of craigslist's rights,
5  including craigslist's right to seek relief under Federal Rule of Civil Procedure ("Rule") 56(d) or
6  otherwise.

7  WHEREAS, the parties have agreed to the below proposed briefing schedule, subject to
8  craigslist's reservation of rights as set forth above.

9  WHEREAS, PadMapper seeks an enlargement of the page limit to 40 pages, given the
10 complexity of its Motion.

11 WHEREAS, craigslist agrees to enlarge the page limit to 40 pages for PadMapper's
12 Motion, so long as the page limit for craigslist's Opposition is reciprocally extended to 40 pages.

13 Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

14 (1) PadMapper will file its Motion for Summary Judgment on Friday, October 3, 2014,
15 and the page limit is extended to 40 pages.

16 (2) craigslist's opposition is due on Wednesday, November 12, 2014, and the page limit is
17 extended to 40 pages.

18 (3) PadMapper's reply is due on Wednesday, November 26, 2014.

19
20
21 **IT IS SO STIPULATED.**

September 17, 2014  **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
Bhennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

September 17, 2014  **FOCAL PLLC**

By: /s/ Venkat Balasubramani
Venkat Balasubramani (SBN 189192)
venkat@focallaw.com

Attorneys for Defendant
PadMapper, Inc.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

September 17, 2014  **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

(1) PadMapper will file its Motion for Summary Judgment on Friday, October 3, 2014, and the page limit is extended to 40 pages.

(2) craigslist's opposition is due on Wednesday, November 12, 2014, and the page limit is extended to 40 pages.

(3) PadMapper's reply is due on Wednesday, November 26, 2014.

September 19, 2014



Honorable Judge Charles R. Breyer