1
2
3
4
5
6
7

FOCAL PLLC
VENKAT BALASUBRAMANI (No. 189192)
SEAN MCCHESNEY (admitted *pro hac vice*)
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
(206) 529-4827 (telephone)
(206) 260-3966 (fax)
venkat@focallaw.com
sean@focallaw.com

Attorneys for Defendant PadMapper, Inc.

8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive<br><br>              Defendants. | Case No. **CV 12-03816 CRB**<br><br>**STIPULATION AND ORDER SETTING HEARING DATE ON PADMAPPER, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

23
24
25
26
27
28

1    WHEREAS, PadMapper, Inc. filed a Motion for Partial Summary Judgment ("Motion") as to several of the claims asserted by craigslist, Inc. ("craigslist").

WHEREAS, the Court entered a briefing schedule at the request of the parties, but did not decide on a date for oral argument on PadMapper's Motion.

WHEREAS, due to the schedules of counsel and the holiday season in December, the parties propose (subject to the Court's availability) that the Court hold oral argument on Friday, January 16, 2015.  While the briefing schedule shall remain the same, the parties request that the Motion be renoted accordingly.

**IT IS SO STIPULATED.**

DATED:  October 10, 2014         PERKINS COIE LLP

By: /s/ J. Patrick Corrigan
    J. Patrick Corrigan (SBN 240859)
    PCorrigan@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED:  October 10, 2014         FOCAL PLLC

By: /s/ Sean M. McChesney
    Sean M. McChesney (admitted *pro hac vice*)
    sean@focallaw.com

Attorneys for Defendant
PadMapper, Inc.

I, Sean M. McChesney, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  October 10, 2014         **FOCAL PLLC**

By: /s/ Sean M. McChesney
    Sean M. McChesney (admitted *pro hac vice*)

1 **ORDER**

2 **PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO**

3 **ORDERED:**

4     The hearing on PadMapper Inc.'s Motion for Partial Summary Judgment will be held on

5 January 16, 2015 at 10:00 a.m..

8 October 17, 2014

9    Hon. _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*