**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,

      Plaintiff,

  v.

3TAPS, INC., et al.,

      Defendants.

               /

No. 3:12-cv-03816-CRB

**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

Plaintiff craigslist, Inc. ("craigslist") moved to seal certain portions of craigslist's Second Amended Complaint ("SAC") on the grounds that the SAC referenced information extracted from material designated as "Protected" by Defendants as defined by the parties' Stipulated Protective Order. Admin. Mot. to Seal (dkt. 130).

Northern District of California Civil Local Rule 79-5(e) governs such situations. Under that rule, Defendants had four days to file with the Court a declaration and narrowly tailored sealing order supporting its confidentiality designation. Defendants filed no such declaration. Accordingly, Plaintiff's Administrative Motion to File Under Seal is DENIED under Rule 79-5(e).

      **IT IS SO ORDERED.**

Dated: October 27, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE