IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., <br><br>    Plaintiff, <br><br> v. <br><br> 3TAPS, INC., ET AL., <br><br>    Defendants. | No. 3:12-cv-03816-CRB <br><br> **ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** |

Plaintiff craigslist, Inc. ("craigslist") moved to seal certain portions of craigslist's Opposition to Defendant Padmapper Inc.'s Motion for Partial Summary Judgment, on the grounds that the Opposition referenced information extracted from material designated as "Protected" by Defendants as defined by the parties' Stipulated Protective Order. Admin. Mot. to Seal (dkt. 148).

Northern District of California Civil Local Rule 79-5(e) governs such situations. Under that rule, Defendants had four days to file with the Court a declaration and narrowly tailored sealing order supporting its confidentiality designation. Defendants filed no such declaration. Accordingly, Plaintiff's Administrative Motion to File Under Seal is DENIED under Rule 79-5(e).

**IT IS SO ORDERED.**

Dated: December 3, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE