**PERKINS COIE LLP**
BOBBIE WILSON (No. 148317)
bwilson@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

**PERKINS COIE LLP**
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
NANCY CHENG (No. 280682)
ncheng@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  650.838.4300
Facsimile:   650.838.4595

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 12-03816 CRB<br><br>**STIPULATION AND ORDER EXTENDING TIME AND SETTING A SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CRAIGSLIST, INC.'S SECOND AMENDED COMPLAINT** |

WHEREAS, on September 24, 2014, craigslist, Inc. ("craigslist") filed its Second Amended Complaint ("SAC") adding Robert G. Kidd ("Mr. Kidd") and Hard Yaka, Inc. ("Hard Yaka") as defendants, and adding an additional claim against 3taps Inc. and Discovery Home Network Inc. d/b/a Lovely, (collectively "Defendants");

WHEREAS, Defendants have been duly served by craigslist;

WHEREAS, Mr. Kidd and Hard Yaka, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) would normally have 21 days to answer or otherwise respond to craigslist's SAC;

WHEREAS, the parties have agreed to the below proposed schedule pursuant to N.D. Cal. Local Rule 6-1(a);

Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

(1) Defendants will answer or otherwise respond to craigslist's SAC on Tuesday, January 13, 2015.

(2) If any Defendant files a Motion to Dismiss or any other motion, craigslist's Opposition is due on Tuesday, February 10, 2015.  If any Defendant files Counterclaims, craigslist's response to said Counterclaims will be due on Tuesday, February 10, 2015.

(3) Defendants' Reply to craigslist's Opposition is due on Monday, February 23, 2015.

**IT IS SO STIPULATED.**

| | |
|---|---|
| December 16, 2014 | **PERKINS COIE LLP** |
| | By: /s/ Brian Hennessy |
| |     Brian Hennessy (SBN 226721) |
| |     Bhennessy@perkinscoie.com |
| | Attorneys for Plaintiff |
| | craigslist, Inc. |
| December 16, 2014 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | By: /s/ Jack P. DiCanio |
| |     Jack P. DiCanio (SBN 138782) |
| |     jack.dicanio@skadden.com |
| | Attorneys for Defendants |
| | 3Taps, Inc., Discover Home Network, Inc. d/b/a Lovely, Hard Yaka, Inc., and Robert G. Kidd |

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| December 16, 2014 | **PERKINS COIE LLP** |
| | By: /s/ Brian Hennessy |
| |     Brian Hennessy (SBN 226721) |
| |     BHennessy@perkinscoie.com |
| | Attorneys for Plaintiff |
| | craigslist, Inc. |

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

(1) Defendants will answer or otherwise respond to craigslist's SAC on Tuesday, January 13, 2015.

(2) If any Defendant files a Motion to Dismiss or any other motion, craigslist's Opposition is due on Tuesday, February 10, 2015.  If any Defendant files Counterclaims, craigslist's response to said Counterclaims will be due on Tuesday, February 10, 2015.

(3) Defendants' Reply to craigslist's Opposition is due on Monday, February 23, 2015.

December 19, 2014



Honorable Charles R. Breyer