**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CRAIGSLIST, INC.,                          No. 3:12-cv-03816-CRB

12            Plaintiff,                         **ORDER RE MOTION FOR SUMMARY
                                                 JUDGMENT DISCOVERY AND
13       v.                                      BRIEFING SCHEDULE**

14   3TAPS, INC., ET AL.,

15            Defendants.
     _____/
16

17          The Court is in receipt of defendant Padmapper's Motion for Summary Judgment

18   (dkt. 138).  Craigslist raises a Fed. R. Civ. P. 56(d) objection on the grounds that further

19   discovery is necessary before the issues raised in the Motion for Summary Judgment can be

20   adjudicated.  See Opp'n (dkt. 161).  The Court agrees that limited additional discovery is

21   necessary, but not to the full extent Craigslist alleges.  The Court is also aware of Craigslist's

22   lack of diligence in pursuing discovery thus far.

23          Accordingly, the parties will adhere to the following schedule: Fact discovery must be

24   completed by April 30, 2015, as per the original discovery schedule.  Expert discovery

25   should be conducted concurrently and must be completed by May 29, 2015.  Both parties

26   will be allowed supplemental briefing only on the impact of the new discovery on the instant

27   motion for summary judgment.  Padmapper's supplemental brief of no more than 25 pages

28   must be filed on or before June 12, 2015.  Craigslist's supplemental opposition brief of no

more than 25 pages must be filed on or before June 24, 2015.  Padmapper may file a supplemental reply of no more than 10 pages on or before June 29, 2015.  The Court will conduct a hearing on the Motion for Summary Judgment on July 10, 2015.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT
JUDGE

**United States District Court**
For the Northern District of California