UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC,

    Plaintiff,

v.

3TAPS, INC, et al.,

    Defendants.

Case No. 12-cv-03816-CRB (JSC)

**ORDER CLARIFYING DISCOVERY DISPUTE PROCEDURE**

This case has been referred to the undersigned magistrate judge for the purposes of discovery. (Dkt. No. 108.) On February 12, 2015 the parties appeared in court for a hearing on an ongoing discovery dispute. (Dkt. No. 187.) At the hearing, the parties sought further guidance on the Court's procedures governing discovery disputes—in particular, rules regarding the time to file joint statements in accordance with the Court's Standing Order. The Court hereby ORDERS as follows:

1. Before filing any joint statements, the parties shall meet and confer **in person** in a good faith attempt to resolve the dispute. To the extent that the parties are unable to resolve the dispute informally, the moving party shall provide opposing counsel with a draft of the joint statement, which shall include the nature and status of the dispute; the parties' meet and confer efforts; and the moving party's position on the issue.

2. After receiving the moving party's draft, the responding party shall have **two (2) full business days** to prepare its section of the joint statement.

3. The moving party shall have **one (1) full business day** to insert a reply to the opposing party's opposition and make any further changes to its portion of the discovery letter. The moving party shall file the joint statement by close of business the day after receiving the

1  opposition (assuming the opposition was received during business hours).  The parties may *agree*

2  to modify this schedule, but absent agreement these deadlines govern.

3  All other terms of the Court's Standing Order remain in place.

4  **IT IS SO ORDERED**.

5  Dated:  February 12, 2015

6  _____
JACQUELINE SCOTT CORLEY
7  United States Magistrate Judge