

March 19, 2015

Honorable Jacqueline Scott Corley
United States Magistrate Judge
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 941022

**Re:**   *craigslist v. 3taps, et al.*, **Case No. 3:12-cv-03816 CRB (JSC)**

Dear Judge Corley:

On March 18, 2015, Defendants 3Taps, Inc., Hard Yaka, Inc. d/b/a Lovely, and Robert G. Kidd submitted letter briefs relating to discovery disputes with Plaintiff craigslist, Inc. on the issues of the 30(b)(6) deposition notice to craigslist (Dkt. No. 196), craigslist's production of financial records (Dkt. No. 197), and craigslist's production of documents related to server harm (Dkt. No. 199).

While perhaps implicit, we write to advise that Defendant PadMapper, Inc., which has issued the same and/or similar discovery requests to craigslist requesting financial records and documents pertaining to harm to craigslist's servers, and seeks information regarding the same subjects identified in the 30(b)(6) deposition notice, joins in the position of the other Defendants in the letter briefs.

Sincerely,

*/s/ Sean M. McChesney*
Sean M. McChesney

FOCAL PLLC
Attorneys for Defendant PADMAPPER, INC.