1 | ALLEN RUBY (Bar No. 47109)
JACK DICANIO (Bar No. 138782)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
3 | Palo Alto, California  94301-1908
Telephone:   (650) 470-4500
4 | Facsimile:    (650) 470-4570
Allen.Ruby@skadden.com
5 | Jack.Dicanio@skadden.com

6 | Attorneys for Defendants 3TAPS, INC,
HARD YAKA, INC., ROBERT G. KIDD and
7 | DISCOVER HOME NETWORK, INC d/b/a LOVELY

8 | Additional Counsel Listed on Next Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; BRIAN R. NIESSEN, an individual; and DOES 1 through 25, inclusive.<br><br>Defendants.<br><br>3TAPS, INC., a Delaware corporation,<br><br>Counter-claimant,<br><br>CRAIGSLIST, INC., a Delaware corporation<br><br>Counter-defendant. | CASE NO.:  CV-12-03816 CRB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWERS** |

---

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWERS**                                  3:12-cv-03816 CRB

JAMES A. KEYTE (admitted *pro hac vice*)
MICHAEL H. MENITOVE (admitted *pro hac vice*))
MARISSA E. TROIANO (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:       (917) 777-3000
James.Keyte@skadden.com
Michael.Menitove@skadden.com
Marissa.Troiano@skadden.com

ABRAHAM TABAIE (Bar No. 260727)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:       (213) 687-5600
Abraham.Tabaie@skadden.com

Attorneys for Defendants 3TAPS, INC,
HARD YAKA, INC., ROBERT G. KIDD and
DISCOVER HOME NETWORK, INC d/b/a LOVELY

Good cause appearing therefore, Defendants' Unopposed Motion for Leave to Amend Answers is **GRANTED.**

**IT IS SO ORDERED.**

DATED: March 23, 2015



_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWERS                3:12-cv-03816 CRB