LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive,<br><br>  Defendants. | CASE NO. CV 12-03816 CRB<br><br>**DECLARATION OF JENNIFER L. BARRY IN SUPPORT OF PLAINTIFF CRAIGSLIST, INC.'S CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Hearing Date: June 12, 2015<br>Time:  10:00 a.m.<br>Courtroom:  6<br>Judge:  Hon. Charles Breyer |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. CV 12-03816 CRB
Declaration of Jennifer L. Barry
in Support of Consolidated Reply

## **DECLARATION OF JENNIFER L. BARRY**

I, Jennifer L. Barry, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California, and a partner in the law firm of Latham & Watkins LLP, attorneys of record for Plaintiff craigslist, Inc. ("craigslist") in this action. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto. I submit this declaration in support of craigslist's Consolidated Reply in Support of Motion for Leave to File Third Amended Complaint.

2. On March 17, 2015, counsel for 3taps, Inc., Robert G. Kidd and Hard Yaka, Inc. (the "3taps Defendants") called counsel for craigslist requesting, for the first time, that craigslist stipulate to the 3taps Defendants' filing of a Second Amended Answer.

3. Following a discovery hearing on March 19, at a meet and confer among counsel about unrelated discovery issues, counsel briefly discussed whether craigslist would so stipulate. At that time, I stated that craigslist might also move to amend its complaint, but first needed to conduct additional discovery and to determine the scope of its proposed amendments. I suggested a global stipulation regarding the 3taps Defendants' and craigslist's proposed amendments once craigslist determined how it intended to amend its complaint. The 3taps Defendants declined to stipulate and filed their motion for leave to file an amended answer, which craigslist did not oppose. This was the extent of the discussion among counsel on March 19, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2015 at San Diego, California.

_____
Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. CV 12-03816 CRB
Declaration of Jennifer L. Barry
in Support of Consolidated Reply