LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> 3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive, <br><br> Defendants. | CASE NO. CV 12-03816 CRB <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

On **May 21, 2015**, I served the following documents described as:

**EXHIBITS E AND H TO THE DECLARATION OF ROBERT J. ELLISON IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

by serving true copies of the above-described documents in the following manner:

## BY ELECTRONIC MAIL

I am familiar with the office practice of Latham & Watkins LLP sending electronic mail. Under that practice, documents are transmitted by Latham & Watkins LLP personnel addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for sending electronic documents over the internet:

| | |
|---|---|
| Jack.DiCanio@skadden.com<br>Atabaie@skadden.com<br>James.Schaefer@skadden.com<br>Alissa.Turnipseed@skadden.com<br><br>Counsel for Defendants, 3TAPS, Inc., Gregory Kidd and Hard Yaka | venkat@focallaw.com<br>misty@focallaw.com<br>sean@focallaw.com<br><br>Counsel for Defendant Padmapper, Inc. |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 21, 2015**, at Menlo Park, California.

/.s/ Jeeah Yang
Jeeah Yang