1  LATHAM & WATKINS LLP
     Perry J. Viscounty (Bar No. 132143)
2  *perry.viscounty@lw.com*
3  140 Scott Drive
   Menlo Park, CA 94025
4  (650) 328-4600 / (650) 463-2600 Fax

5  LATHAM & WATKINS LLP
     Jennifer L. Barry (Bar No. 228066)
6  *jennifer.barry@lw.com*
7  12670 High Bluff Drive
   San Diego, CA 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   craigslist, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation, | CASE NO. CV 12-03816 CRB |
| Plaintiff, | Assigned to Hon. Charles Breyer |
| v. | **STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |
| 3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive, | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985017.2

1

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE: DEADLINES FOR EXPERT DISCOVERY AND DISPOSITVE MOTIONS

Plaintiff craigslist, Inc. ("Plaintiff") on the one hand, and Defendants PadMapper, Inc. ("PadMapper"), 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd (collectively, the "Remaining Defendants"), on the other hand, hereby consent and stipulate as follows:

WHEREAS, on May 5, 2015, the parties submitted a stipulation seeking to extend certain deadlines for expert discovery and dispositive motions to allow the parties to focus their respective efforts and resources on preparing for a productive Settlement Conference with Magistrate Judge Spero, then-scheduled for May 28, 2015 (Dkt. No. 240; the "May 5 Stipulation");

WHEREAS, the parties participated in a telephonic conference with Magistrate Judge Corley on May 7, 2015, during which Magistrate Judge Corley informed the parties that the Court would adopt the modified deadlines proposed in the May 5 Stipulation;

WHEREAS, pursuant to Magistrate Judge Corley's direction during the May 7 conference, the parties have been operating with the understanding that the modified deadlines proposed in the May 5 Stipulation govern the schedule for expert discovery and dispositive motions;

WHEREAS, the Settlement Conference previously scheduled for May 28, 2015, has been rescheduled by Magistrate Judge Spero to take place on June 18, 2015;

WHEREAS, the parties are continuing to engage in comprehensive settlement discussions and wish to continue prioritizing their efforts and resources on preparing for a productive Settlement Conference with Magistrate Judge Spero;

WHEREAS, neither the schedule set forth in the May 5 Stipulation nor the proposed modifications set forth below in Table 1 would have any impact on the briefing schedule or expert disclosure deadlines set by this Court for PadMapper's pending Motion for Summary Judgment (Dkt. No. 169);

WHEREAS, no trial date has been set.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Remaining Defendants, as follows:

LATHAM&WATKINS LLP SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

The deadline for expert disclosures *unrelated to PadMapper's pending Motion for Summary Judgment* should be moved to **August 3, 2015**;

The expert discovery cut-off date for expert discovery *unrelated to PadMapper's pending Motion for Summary Judgment* should be moved to **October 2, 2015**.

The deadline for bringing dispositive motions, *not including PadMapper's pending Motion for Summary Judgment*, should be moved to **October 28, 2015**, or to a date more amenable to the Court on or around that date.

**TABLE 1**

**PROPOSED MODIFIED SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**

|  | **Prior Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| **Expert Disclosures** | July 1, 2015 | August 3, 2015 |
| **Expert Discovery Cut-Off** | September 4, 2015 | October 2, 2015 |
| **Dispositive Motions** | September 30, 2015 | October 28, 2015 |

DATED: June 5, 2015      LATHAM & WATKINS LLP

By:   /s/ *Perry J. Viscounty*
          Perry J. Viscounty
    Attorneys for Plaintiff craigslist, Inc.

DATED: June 5, 2015      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   /s/ *Jack P. DiCanio*
          Jack P. DiCanio
    Attorneys for Defendants 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985017.2

3

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

1  DATED: June 5, 2015                    FOCAL PLLC

2

3                                         By:   /s/ *Venkat Balasubramani*
                                                Venkat Balasubramani
4                                               Attorneys for Defendant PadMapper, Inc.

5

6

7

8

9

10

11

12        I, Perry J. Viscounty, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

13   concurrence to the filing of this document has been obtained from each signatory hereto.

     DATED: June 5, 2015                   LATHAM & WATKINS LLP
14

15
                                           By:   /s/ *Perry J. Viscounty*
16                                               Perry J. Viscounty
                                                Attorneys for Plaintiff craigslist, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup> SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO                                  4

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED**:

The deadline for expert disclosures unrelated to Defendant PadMapper's pending Motion for Summary Judgment is moved to **August 3, 2015**;

The expert discovery cut-off for expert discovery unrelated to PadMapper's pending Motion for Summary Judgment is moved to **October 2, 2015**.

The deadline for bringing dispositive motions, not including PadMapper's pending Motion for Summary Judgment, is moved to [**October 28, 2015**], or to _____.

June _____, 2015

_____
Hon. Charles R. Breyer
UNITED STATES
DISTRICT JUDGE

LATHAM&WATKINS LLP SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS