1  LATHAM & WATKINS LLP
      Perry J. Viscounty (Bar No. 132143)
2  *perry.viscounty@lw.com*
3  140 Scott Drive
   Menlo Park, CA 94025
4  (650) 328-4600 / (650) 463-2600 Fax

5  LATHAM & WATKINS LLP
      Jennifer L. Barry (Bar No. 228066)
6  *jennifer.barry@lw.com*
7  12670 High Bluff Drive
   San Diego, CA 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   craigslist, Inc.
10

11                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
12                           SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14  CRAIGSLIST, INC., a Delaware corporation, | CASE NO. CV 12-03816 CRB |
| 15            Plaintiff, | Assigned to Hon. Charles Breyer |
| 16       v. | **STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE CONCERNING PADMAPPER'S MOTION FOR SUMMARY JUDGMENT AND RELATED SUPPLEMENTAL BRIEFING** |
| 17  3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware | |
| 18  corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation | |
| 19  d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, | |
| 20  an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive, | |
| 21  | |
| 22            Defendants. | |

23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985614.1

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

Plaintiff craigslist, Inc. ("craigslist") on the one hand, and Defendants PadMapper, Inc. ("PadMapper"), 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd (collectively, the "Remaining Defendants"), on the other hand, hereby consent and stipulate as follows:

WHEREAS, on January 16, 2015, the Court issued an Order Re Motion for Summary Judgment Discovery and Briefing Schedule (Dkt. No. 169, the "January 16 Order");

WHEREAS, the January 16 Order set a deadline of June 12, 2015 for PadMapper's supplemental brief;

WHEREAS, the January 16 Order set a deadline of June 24, 2015 for craigslist's supplemental opposition brief;

WHEREAS, the January 16 Order set a deadline of June 29, 2015 for PadMapper's supplemental reply;

WHEREAS, the January 16 Order set a hearing date concerning PadMapper's Motion for Summary Judgment for July 10, 2015 at 10:00 AM in Courtroom 6, 17th Floor, San Francisco, California (the "PadMapper MSJ Hearing");

WHEREAS, the Settlement Conference previously scheduled for May 28, 2015, has been rescheduled by Magistrate Judge Spero to take place on June 18, 2015;

WHEREAS, the parties are continuing to engage in comprehensive settlement discussions and wish to continue prioritizing their efforts and resources on preparing for a productive Settlement Conference with Magistrate Judge Spero;

WHEREAS, the parties have met and conferred regarding the parties' experts' availability for depositions;

WHEREAS, no trial date has been set.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between craigslist and the Remaining Defendants, as follows:

The deadline for PadMapper's supplemental brief should be moved to **June 19, 2015**;

The deadline for craigslist's supplemental response should be moved to **July 2, 2015**;

The deadline for PadMapper's supplemental reply should be moved to **July 10, 2015**;

LATHAM&WATKINS LLP SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

The PadMapper MSJ Hearing should be moved to **July 24, 2015**, or to a date more amenable to the Court on or around that date.

**TABLE 1**

**PROPOSED MODIFIED SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**

|  | **Prior Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| **PadMapper's Supplemental Brief** | June 12, 2015 | June 19, 2015 |
| **craigslist's Supplemental Opposition** | June 24, 2015 | July 2, 2015 |
| **PadMapper's Supplemental Reply** | June 29, 2015 | July 10, 2015 |
| **PadMapper MSJ Hearing** | July 10, 2015 (10:00 AM) | July 24, 2015 (10:00 AM) |

DATED: June 8, 2015            LATHAM & WATKINS LLP


By:   /s/ Perry J. Viscounty
          Perry J. Viscounty
    Attorneys for Plaintiff craigslist, Inc.


DATED: June 8, 2015            SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:   /s/ Jack P. Di Canio
          Jack P. DiCanio
    Attorneys for Defendants 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985614.1

2

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | DATED: June 8, 2015 | FOCAL PLLC |
| 2 | | |
| 3 | | By:    /s/ Venkat Balasubramani |
| 4 | |       Venkat Balasubramani<br>Attorneys for Defendant PadMapper, Inc. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS<sup>LLP</sup> SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

## SIGNATURE ATTESTATION

I, Perry J. Viscounty, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 8, 2015

LATHAM & WATKINS LLP

By: /s/ Perry J. Viscounty
Perry J. Viscounty
Attorneys for Plaintiff craigslist, Inc.

LATHAM & WATKINS LLP SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED**:

The deadline for PadMapper's supplemental brief is moved to **June 19, 2015**;

The deadline for craigslist's supplemental response is moved to **July 2, 2015**;

The deadline for PadMapper's supplemental reply is moved to **July 10, 2015**;

The PadMapper MSJ Hearing is moved to **July 24, 2015** at 10:00 AM or to _____ at _____ [AM/PM].

June _____, 2015

                                                                         _____
                                                                         Hon. Charles R. Breyer
                                                                         UNITED STATES
                                                                         DISTRICT JUDGE

SF\5985614.1

5

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO