**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CRAIGSLIST, INC.,                              No. 3:12-cv-03816-CRB

12              Plaintiff,                          **ORDER DENYING MOTION FOR**
                                                    **LEAVE TO FILE THIRD AMENDED**
13        v.                                        **COMPLAINT**

14   3TAPS, INC., et al.,

15              Defendants.
                                          /
16

17        Now before the Court is Plaintiff Craigslist, Inc.'s ("Craigslist") motion to file a third

18   amended complaint. Mot. (dkt. 234).  Having recently retained new counsel, Craigslist

19   wishes to add new claims for secondary copyright infringement liability as well as re-urge,

20   on the grounds of allegedly newly discovered evidence, a conspiracy claim that this Court

21   dismissed over two years ago. See Order (dkt. 74) at 24–25.  Fact discovery has now closed,

22   and the Court is on the verge of considering defendant PadMapper's motion for summary

23   judgment.

24        Of the factors that the Court considers in this context, at least undue delay and

25   prejudice to the opposing party weigh heavily in favor of denying leave to amend. See

26   Griggs v. Pace Am. Grp., Inc., 170 F.3d 877, 880 (9th Cir. 1999) (citing DCD Programs, Ltd.

27   v. Leighton, 833 F.2d 183, 186 (9th Cir.1987)).  For Craigslist to amend so late in the game,

28   after the close of discovery and on the eve of summary judgment, would substantially and

unduly prejudice the opposing parties—the "touchstone of the inquiry" that "carries the greatest weight" in the Court's analysis.  See Eminence Cap., LLC v. Aspeon, Inc., 316 F.3d 1048, 1052 (9th Cir. 2003).  Accordingly, the Court DENIES Craigslist's motion as untimely.

**IT IS SO ORDERED.**

Dated: June 11, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2