1  LATHAM & WATKINS LLP
2    Perry J. Viscounty (Bar No. 132143)
   *perry.viscounty@lw.com*
3  140 Scott Drive
   Menlo Park, CA 94025
4  (650) 328-4600 / (650) 463-2600 Fax

5  LATHAM & WATKINS LLP
6    Jennifer L. Barry (Bar No. 228066)
   *jennifer.barry@lw.com*
7  12670 High Bluff Drive
   San Diego, CA 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   craigslist, Inc.
10

11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13

14 | CRAIGSLIST, INC., a Delaware corporation, | CASE NO. CV 12-03816 CRB |

15 |              Plaintiff, | Assigned to Hon. Charles Breyer |

16 |      v. | **STIPULATION AND ORDER MODIFYING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |

17 | 3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive, |  |
18 | | |
19 | | |
20 | | |
21 | | |

22 |              Defendants. | |

23

24

25

26

27

28

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITVE MOTIONS

1   Plaintiff craigslist, Inc. ("Plaintiff") on the one hand, and Defendants PadMapper, Inc.

2   ("PadMapper"), 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd (collectively, the "Remaining

3   Defendants"), on the other hand, hereby consent and stipulate as follows:

4   WHEREAS, on May 5, 2015, the parties submitted a stipulation seeking to extend certain

5   deadlines for expert discovery and dispositive motions to allow the parties to focus their

6   respective efforts and resources on preparing for a productive Settlement Conference with

7   Magistrate Judge Spero, then-scheduled for May 28, 2015 (Dkt. No. 240; the "May 5

8   Stipulation");

9   WHEREAS, the parties participated in a telephonic conference with Magistrate Judge

10   Corley on May 7, 2015, during which Magistrate Judge Corley informed the parties that the

11   Court would adopt the modified deadlines proposed in the May 5 Stipulation;

12   WHEREAS, pursuant to Magistrate Judge Corley's direction during the May 7

13   conference, the parties have been operating with the understanding that the modified deadlines

14   proposed in the May 5 Stipulation govern the schedule for expert discovery and dispositive

15   motions;

16   WHEREAS, the Settlement Conference previously scheduled for May 28, 2015, has been

17   rescheduled by Magistrate Judge Spero to take place on June 18, 2015;

18   WHEREAS, the parties are continuing to engage in comprehensive settlement

19   discussions and wish to continue prioritizing their efforts and resources on preparing for a

20   productive Settlement Conference with Magistrate Judge Spero;

21   WHEREAS, neither the schedule set forth in the May 5 Stipulation nor the proposed

22   modifications set forth below in Table 1 would have any impact on the briefing schedule or

23   expert disclosure deadlines set by this Court for PadMapper's pending Motion for Summary

24   Judgment (Dkt. No. 169);

25   WHEREAS, no trial date has been set.

26   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

27   Plaintiff and Remaining Defendants, as follows:

28

LATHAM&WATKINS LLP  SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

1        The deadline for expert disclosures *unrelated to PadMapper's pending Motion for*

2  *Summary Judgment* should be moved to **August 3, 2015**;

3        The expert discovery cut-off date for expert discovery *unrelated to PadMapper's*

4  *pending Motion for Summary Judgment* should be moved to **October 2, 2015**.

5        The deadline for bringing dispositive motions, *not including PadMapper's pending*

6  *Motion for Summary Judgment*, should be moved to **October 28, 2015**, or to a date more

7  amenable to the Court on or around that date.

8                             **TABLE 1**

9  **PROPOSED MODIFIED SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**

|  | **Prior Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| **Expert Disclosures** | July 1, 2015 | August 3, 2015 |
| **Expert Discovery Cut-Off** | September 4, 2015 | October 2, 2015 |
| **Dispositive Motions** | September 30, 2015 | October 28, 2015 |

DATED: June 12, 2015             LATHAM & WATKINS LLP

By:   /s/ *Perry J. Viscounty*
                Perry J. Viscounty
              Attorneys for Plaintiff craigslist, Inc.

DATED: June 12, 2015             SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   /s/ *Jack P. DiCanio*
                Jack P. DiCanio
              Attorneys for Defendants 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd

LATHAM&WATKINS LLP SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

1    DATED:  June 12, 2015                    FOCAL PLLC

2

3                                             By:    /s/  *Venkat Balasubramani*
                                                    Venkat Balasubramani
4                                             Attorneys for Defendant PadMapper, Inc.

5

6

7

8

9

10

11

12        I, Perry J. Viscounty, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

13   concurrence to the filing of this document has been obtained from each signatory hereto.

     DATED:  June 12, 2015                    LATHAM & WATKINS LLP
14

15

16                                            By:    /s/ *Perry J. Viscounty*
                                                    Perry J. Viscounty
17                                            Attorneys for Plaintiff craigslist, Inc.

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS

1

<u>**ORDER**</u>

2  **PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO**

3  **ORDERED**:

4           The deadline for expert disclosures unrelated to Defendant PadMapper's pending

5  Motion for Summary Judgment is moved to **<u>August 3, 2015</u>**;

6           The expert discovery cut-off for expert discovery unrelated to PadMapper's pending

7  Motion for Summary Judgment is moved to **<u>October 2, 2015</u>**.

8           The deadline for bringing dispositive motions, not including PadMapper's pending

9  Motion for Summary Judgment, is moved to [**<u>October 28, 2015</u>**].

10  June 12, 2015

11  _____

12                          Hon. Charles R. Breyer
                            UNITED STATES
13                          DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP SF\5985017.2
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER RE:
DEADLINES FOR EXPERT DISCOVERY AND
DISPOSITIVE MOTIONS