1   LATHAM & WATKINS LLP
2       Perry J. Viscounty (Bar No. 132143)
    *perry.viscounty@lw.com*
3   140 Scott Drive
    Menlo Park, CA 94025
4   (650) 328-4600 / (650) 463-2600 Fax

5   LATHAM & WATKINS LLP
6       Jennifer L. Barry (Bar No. 228066)
    *jennifer.barry@lw.com*
7   12670 High Bluff Drive
    San Diego, CA 92130
8   (858) 523-5400 / (858) 523-5450 Fax

9   Attorneys for Plaintiff
    craigslist, Inc.
10

11                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13

14  CRAIGSLIST, INC., a Delaware corporation,      CASE NO. CV 12-03816 CRB

15                          Plaintiff,             Assigned to Hon. Charles Breyer

16          v.                                     **STIPULATION AND ORDER MODIFYING
                                                   HEARING DATE CONCERNING
17  3TAPS, INC., a Delaware corporation;           PADMAPPER'S MOTION FOR SUMMARY
    PADMAPPER, INC., a Delaware                    JUDGMENT AND RELATED
18  corporation; DISCOVER HOME                     SUPPLEMENTAL BRIEFING**
    NETWORK, INC., a Delaware corporation
19  d/b/a LOVELY; HARD YAKA, INC., a
    Delaware corporation; BRIAN R. NIESSEN,
20  an individual; ROBERT G. KIDD, an
    individual; and Does 1 through 25, inclusive,
21
                            Defendants.
22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985614.1

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

1    Plaintiff craigslist, Inc. ("craigslist") on the one hand, and Defendants PadMapper, Inc.

2    ("PadMapper"), 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd (collectively, the "Remaining

3    Defendants"), on the other hand, hereby consent and stipulate as follows:

4    WHEREAS, on January 16, 2015, the Court issued an Order Re Motion for Summary

5    Judgment Discovery and Briefing Schedule (Dkt. No. 169, the "January 16 Order");

6    WHEREAS, the January 16 Order set a deadline of June 12, 2015 for PadMapper's

7    supplemental brief;

8    WHEREAS, the January 16 Order set a deadline of June 24, 2015 for craigslist's

9    supplemental opposition brief;

10   WHEREAS, the January 16 Order set a deadline of June 29, 2015 for PadMapper's

11   supplemental reply;

12   WHEREAS, the January 16 Order set a hearing date concerning PadMapper's Motion for

13   Summary Judgment for July 10, 2015 at 10:00 AM in Courtroom 6, 17th Floor, San Francisco,

14   California (the "PadMapper MSJ Hearing");

15   WHEREAS, the Settlement Conference previously scheduled for May 28, 2015, has been

16   rescheduled by Magistrate Judge Spero to take place on June 18, 2015;

17   WHEREAS, the parties are continuing to engage in comprehensive settlement

18   discussions and wish to continue prioritizing their efforts and resources on preparing for a

19   productive Settlement Conference with Magistrate Judge Spero;

20   WHEREAS, the parties have met and conferred regarding the parties' experts'

21   availability for depositions;

22   WHEREAS, no trial date has been set.

23   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

24   craigslist and the Remaining Defendants, as follows:

25   The deadline for PadMapper's supplemental brief should be moved to **June 19, 2015**;

26   The deadline for craigslist's supplemental response should be moved to **July 2, 2015**;

27   The deadline for PadMapper's supplemental reply should be moved to **July 10, 2015**;

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5985614.1

1

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

1    The PadMapper MSJ Hearing should be moved to **July 24, 2015**, or to a date more

2  amenable to the Court on or around that date.

3                                    **TABLE 1**

4        **PROPOSED MODIFIED SCHEDULE FOR EXPERT DISCOVERY AND
                            DISPOSITIVE MOTIONS**

|  | **Prior Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| **PadMapper's Supplemental Brief** | June 12, 2015 | June 19, 2015 |
| **craigslist's Supplemental Opposition** | June 24, 2015 | July 2, 2015 |
| **PadMapper's Supplemental Reply** | June 29, 2015 | July 10, 2015 |
| **PadMapper MSJ Hearing** | July 10, 2015 (10:00 AM) | July 24, 2015 (10:00 AM) |

DATED:  June 12, 2015              LATHAM & WATKINS LLP


                                   By:   /s/ Perry J. Viscounty
                                         Perry J. Viscounty
                                   Attorneys for Plaintiff craigslist, Inc.


DATED:  June 12, 2015              SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
                                   LLP


                                   By:   /s/ Jack P. Di Canio
                                         Jack P. DiCanio
                                   Attorneys for Defendants 3taps, Inc., Hard Yaka, Inc.,
                                   and Robert G. Kidd

LATHAM&WATKINS LLP SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT

1   DATED:  June 12, 2015                FOCAL PLLC

2

3                                        By:    /s/  Venkat Balasubramani
                                               Venkat Balasubramani
4                                        Attorneys for Defendant PadMapper, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO                              3              Case No. CV 12-03816 CRB
                                                   STIPULATION AND [PROPOSED] ORDER
                                                   RE: DATES CONCERNING PADMAPPER'S
                                                     MOTION FOR SUMMARY JUDGMENT

1

**SIGNATURE ATTESTATION**

2    I, Perry J. Viscounty, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

3  concurrence to the filing of this document has been obtained from each signatory hereto.

4  DATED:  June 12, 2015                LATHAM & WATKINS LLP

5

6                                By:    /s/ Perry J. Viscounty
                                        Perry J. Viscounty
7                                Attorneys for Plaintiff craigslist, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO                                4

SF\5985614.1                                      Case No. CV 12-03816 CRB
                                         STIPULATION AND [PROPOSED] ORDER
                                         RE: DATES CONCERNING PADMAPPER'S
                                         MOTION FOR SUMMARY JUDGMENT

1

<u>ORDER</u>

2

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO**

3

**ORDERED**:

4

    The deadline for PadMapper's supplemental brief is moved to **<u>June 19, 2015</u>**;

5

    The deadline for craigslist's supplemental response is moved to **<u>July 2, 2015</u>**;

6

    The deadline for PadMapper's supplemental reply is moved to **<u>July 10, 2015</u>**;

7

    The PadMapper MSJ Hearing is moved to **<u>July 24, 2015</u>** at 10:00 AM.

8

June  12, 2015

9

10

                Hon. Charles R. Breyer
                UNITED STATES

11

                DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS™ SF\5985614.1
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case No. CV 12-03816 CRB
STIPULATION AND [PROPOSED] ORDER
RE: DATES CONCERNING PADMAPPER'S
MOTION FOR SUMMARY JUDGMENT