# LATHAM & WATKINS LLP

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**VIA ECF**

June 15, 2015

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *craigslist, Inc. v. 3taps, et al.*, Case No. 3:12-cv-03816 CRB

Your Honor:

    We write to inform the Court of, and correct, a minor inaccuracy in our May 21, 2015 Reply in support of craigslist, Inc.'s Motion for Leave to File Third Amended Complaint (the "Reply," Dkt. No. 251), and the accompanying Declaration of Robert J. Ellison (the "Declaration," Dkt. No. 253). The document attached to the Reply as Exhibit E was produced by Defendant 3taps, Inc. in or around April 2014 rather than in February 2015 as noted in the Declaration.

    We apologize for any inconvenience and hereby attach an amended declaration.

Respectfully submitted,

Robert J. Ellison
of LATHAM & WATKINS LLP

Attorneys for Plaintiff craigslist, Inc.

Attachment

cc: Jack P. DiCanio, Esq.
    James Schaefer, Esq.
    Abraham Tabaie, Esq.
    Venkat Balasubramani, Esq.
    Sean McChesney, Esq.