LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV 12-03816 CRB<br><br>**AMENDED DECLARATION OF ROBERT J. ELLISON IN SUPPORT OF PLAINTIFF CRAIGSLIST, INC.'S CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (EXHIBITS NOT ATTACHED)** |

LATHAM&WATKINS LLP SF\5987223.1
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 12-03816 CRB
<u>Amended</u> Declaration of Robert J. Ellison
in Support of Consolidated Reply

## **DECLARATION OF ROBERT J. ELLISON**

I, Robert J. Ellison, declare as follows:

1.  I am an attorney at law duly admitted to practice in the State of California, and am an associate in the law firm of Latham & Watkins LLP, attorneys of record for Plaintiff craigslist, Inc. ("craigslist") in this action. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto. I submit this declaration in support of craigslist's Consolidated Reply in Support of Motion for Leave to File Third Amended Complaint.

2.  On March 17, 2015, counsel for 3taps, Inc., Robert G. Kidd and Hard Yaka, Inc. (the "3taps Defendants") called me requesting, for the first time, that craigslist stipulate to the 3taps Defendants' filing of a Second Amended Answer. I informed counsel for the 3taps Defendants that craigslist would consider the request and get back to them.

3.  Since March 19, 2015 when craigslist suggested a global stipulation regarding the 3taps Defendants' and craigslist's potential amendments once craigslist determined how it proposed to amend its complaint, the parties have taken 18 depositions and Defendants served eight written discovery responses. As craigslist explained to Defendants, this extensive discovery was used to inform and finalize craigslist's amendments.

4.  On April 2, 2015, Magistrate Judge Corley ordered craigslist to produce all documents on which it may rely to support its theories of trespass harm, and also to identify any witness who might testify in support of these facts. (Dkt. No. 223, at 2.) craigslist subsequently identified these witnesses (who had not yet been deposed) and produced substantial documentary evidence that will serve as the basis for its contention that Defendants' conduct constitutes an unlawful trespass.

5.  On April 15, 2015, craigslist emailed Defendants clean and redlined versions of the proposed Third Amended Complaint and requested Defendants' stipulation. Attached as **Exhibit A** is a true and correct copy of the April 15 email. At an in-person meet and confer on April 20, 2015, Defendants indicated that they declined to stipulate to craigslist's proposed amendments.

LATHAM&WATKINS LLP SF\5987223.1
ATTORNEYS AT LAW
SAN FRANCISCO
1
Case No. CV 12-03816 CRB
Amended Declaration of Robert J. Ellison
in Support of Consolidated Reply

6. Counsel for PadMapper barely participated in any of the 19 depositions of the 3taps and craigslist witnesses taken during fact discovery. Moreover, PadMapper relied on the 3taps Defendants' experts (having not retained any experts of its own during fact discovery), and deferred to counsel for the 3taps Defendants in nearly all of the discovery disputes between the parties.

7. Attached as **Exhibit B** is a true and correct copy of select pages of testimony offered by craigslist's Chief Executive Officer, Jim Buckmaster, during the craigslist 30(b)(6) deposition on April 29, 2015.

8. Attached as **Exhibit C** is a true and correct copy of select pages of testimony offered by Robert G. Kidd, the 3taps founder and Chief Executive Officer, during his deposition on April 28, 2015.

9. Attached as **Exhibit D** is a true and correct copy of select pages of testimony offered by Meg Nakamura, the 3taps Chief Operating Officer, during her deposition on March 26, 2015.

10. Attached as **Exhibit E** is a true and correct copy of an email from Nakamura to 3taps' Ukranian scraping agents, which was produced by 3taps during discovery in or around April 2014 and bears the Bates number 3taps0209178.

11. Attached as **Exhibit F** is a true and correct copy of select pages of testimony offered by Eric DeMenthon, the founder and Chief Executive Officer of PadMapper, during his deposition on March 18, 2015.

12. Attached as **Exhibit G** is a true and correct copy of PadMapper's Objections and Responses to craigslist's Second Set of Interrogatories.

13. Attached as **Exhibit H** is a true and correct copy of select pages of testimony offered by Mr. Kidd during 3taps' 30(b)(6) deposition on April 27, 2015.

I hereby certify under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2015 in Los Angeles, California.

*/s/ Robert J. Ellison*
Robert J. Ellison

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5987223.1

2

Case No. CV 12-03816 CRB
Amended Declaration of Robert J. Ellison in Support of Consolidated Reply