**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 12-cv-03816-CRB (JCS)

**Case Name:** Cragslist, Inc v. 3Taps, Inc

**Date:** June 18, 2015          **Time:** 7.5 H

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Perry Viscounty, Andrew Gass, Jennifer Barry
**Attorney for Defendant:** James Schaefer, Abraham A. Tabaie, Michael Menitove, Jack DiCanio & James Keyte - Dft 3Taps; Venkat Balasubramani - Dft Padmapper

## PROCEEDINGS

(X)   Settlement Conference - Held

  ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Settlement Conference

  ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Further SC set for **6/23/15 at 9:30 am.** Deadline for PadMapper's supplemental brief extended from June 19 to June 26. Deadline for Craigslist's supplemental response extended from July 2 to July 9. Deadline for PadMapper's supplemental reply extended from July 10 to July 17. If there are any expert reports due on June 19, that deadline is extended one week.

**cc:**