# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 12-cv-03816-CRB (JCS)

**Case Name:** Cragslist, Inc v. 3Taps, Inc

**Date:** June 24, 2015        **Time:** 20 M

**Deputy Clerk:** Karen Hom        **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Jennifer Barry
**Attorney for Defendant:** James Schaefer - Dft 3Taps

## PROCEEDINGS

( )   Settlement Conference

      ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

(X)   Further Settlement Conference - Held

      (X) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:**

**cc:**

*Telephonic Appearance