UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGSLIST, INC,<br><br>        Plaintiff,<br><br>    v.<br><br>3TAPS, INC,<br><br>        Defendant. | Case No. 12-cv-03816-CRB  (JSC)<br><br>**ORDER GRANTING MOTION FOR LIMITED RELIEF FROM CERTAIN REQUIREMENTS OF THE STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 282 |

Plaintiff craiglist, Inc. ("craiglist") brought this copyright infringement case against Defendants 3taps, Inc. ("3taps"), PadMapper, Inc. ("PadMapper"), Discovery Home Network, Inc. (d/b/a Lovely) ("Lovely"), Robert Kidd ("Kidd'), Hard Yaka, Inc. ("Hard Yaka"), Brian Niessen ("Niessen"). The case has been referred to the undersigned magistrate judge for the purposes of discovery. (Dkt. Nos. 108, 284.) Presently before the Court is craigslist's motion for limited relief from the parties' Stipulated Protective Order ("Protective Order"). (Dkt. No. 282.) Specifically, craiglist seeks relief from the document destruction requirements of the Protective Order (Dkt. No. 105 ¶ 14) to permit it to comply with a retention obligation generated in its pending dispute with its former counsel, Perkins Coie, regarding the firm's representation of craigslist in this case. In their motion, craigslist seeks to extend its obligation to return or destroy designated Protected Materials until 45 days after its obligation to retain those materials in connection with the Perkins Coie dispute ceases. No Defendant has filed an objection to craigslist's motion: 3taps, Hard Yaka, Kidd, and Lovely filed a statement of non-opposition (Dkt. No. 286), and neither PadMapper nor Niessen have responded to the motion.

The Court finds the motion suitable for resolution without oral argument. *See* N.D. Cal. Civ. L.R. 7-1(b). Having considered craigslist's submission and the lack of objections, and for

good cause shown, the Court GRANTS craiglist's motion.  Accordingly, the Court AMENDS Paragraph 14 of the Protective Order such that craigslist's obligation to destroy or return Protected Materials is now 45 days after its obligation to retain such materials in connection with the Perkins Coie dispute ceases.  The remaining provisions of the Order remain in full force and effect and are not otherwise altered by this Order.

This Order disposes of Docket No. 282.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge