LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600 / (415) 395-8095 Fax

Attorneys for Plaintiff and Counter-Defendant
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>3TAPS, INC., a Delaware corporation; PADMAPPER, INC., a Delaware corporation; DISCOVER HOME NETWORK, INC., a Delaware corporation d/b/a LOVELY; HARD YAKA, INC., a Delaware corporation; BRIAN R. NIESSEN, an individual; ROBERT G. KIDD, an individual; and Does 1 through 25, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 3:12-cv-03816-CRB<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (Dkt. No. 292), craigslist, Inc. ("craiglist"), 3Taps, Inc. ("3Taps"), Padmapper, Inc. ("Padmapper"), Discover Home Network, Inc. d/b/a Lovely ("DHN"), Hard Yaka, Inc. ("Hard Yaka"), and Robert G. Kidd ("Kidd"), hereby provide this Joint Status Report.

1. On April 3, 2015, the Court entered a Final Judgment and Permanent Injunction against DHN (Dkt. No. 224).

2. On June 30, 2015 the Court entered a Final Judgment and Permanent Injunction against Padmapper (Dkt. No. 271), and 3Taps, Hard Yaka and Kidd (Dkt. No. 272).

3. On October 11, 2015, the Court entered a default judgment against Defendant Brian Niessen (Dkt. No. 280).

4. On January 7, 2016 craigslist sought relief from the document destruction obligations of the parties' Stipulated Protective Order (Dkt. No. 105 ¶ 14) in order to comply with a retention requirement brought about in a pending dispute. (Dkt. No. 282). The Court subsequently granted the relief (Dkt. No. 287), and the dispute has since been resolved and the parties have confirmed their compliance with the document destruction obligations.

5. There are no other outstanding issues in this action that require the Court's attention, and the parties respectfully request that the Court close this matter.

Dated:  June 29, 2017                          LATHAM & WATKINS LLP

                                               By: /s/ *Perry J. Viscounty*
                                                   Perry J. Viscounty

                                               Attorney for CRAIGSLIST, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\89950242.2

1

Case No. 3:12-cv-03816-CRB
JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | Dated: June 29, 2017 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | By: /s/ *Abraham A. Tabaie*<br>Abraham A. Tabaie |
| 4 | | |
| 5 | | Attorneys for 3TAPS, INC., DISCOVER HOME NETWORK, INC. d/b/a LOVELY, HARD YAKA, INC., and ROBERT G. KIDD |
| 6 | | |
| 7 | Dated: June 29, 2017 | FOCAL PLLC |
| 8 | | By: /s/ *Venkat Balasubramani*<br>Venkat Balasubramani<br>Sean M. McChesney |
| 9 | | |
| 10 | | Attorneys for PADMAPPER, INC. |

ATTESTATION: I hereby attest that concurrence in the filing of this document has been obtained from the other signatories. Dated: June 29, 2017 /s/ *Perry J. Viscounty*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\89950242.2

2

Case No. 3:12-cv-03816-CRB
JOINT STATUS REPORT